OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court District of Massachusetts

William Mosher, Administrator of the Estate of Wlliam Mosher, Jr.,

Carolyn Mosher, Brandon Mosher, Kacie Mosher, and Kortney Mosher

V.

Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental health, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Corrections, The Commonwealth of Massachusetts Department of Corrections, and the University of Massachusetts Medical School.

SUMMONS IN A CIVIL CASE

04 12560 MLW

TO: (Name and address of Defendant)

Elizabeth Childs
Department of Mental Health
25 Staniford Street
Boston, Massachusetts 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Balliro, Jr., Esquire, Balliro & Mondano, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DEC 7

DATE

(by) Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

0403053 9

[illegible] PM I served a true and [illegible] summons and complaint in this action in the following manner: [illegible] Street, [illegible] [illegible]

Deputy Sheriff