OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court        District of        Massachusetts

William Mosher, Administrator of the Estate of William Mosher, Jr.,

Carolyn Mosher, Brandon Mosher, Kacie Mosher, and Kortney Mosher

V.

Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental health, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Corrections, The Commonwealth of Massachusetts Department of Corrections, and the University of Massachusetts Medical School.

SUMMONS IN A CIVIL CASE

04 12560 MLW

TO: (Name and address of Defendant)

Bridgewater State Hospital
20 Administration Road
Bridgewater, Massachusetts 02324

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Balliro, Jr., Esquire, Balliro & Mondano, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                    DATE    DEC   2  2004

_____
(by) Deputy Clerk

_____
(By) DEPUTY CLERK

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

I hereby certify and return that on 12-21-2004 at 12:12PM I served a true and attested copy of the summons, and statement of jurisdiction in this action in the following manner: To wit, by delivering in hand to Alan Iampietro, agent, person in charge at the time of service for Bridgewater State Hospital, at , 20 Administration Road, Bridgewater, MA 02324. Attest Copy ($5.00), P&H (no mailing) ($1.00), Basic Service Fee ($30.00) Total Charges $36.00

December 28, 2004

Deputy Sheriff Peter P. Downes

_____
**Deputy Sheriff**