UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12560 MLW

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER, KACIE MOSHER, and KORTNEY MOSHER,<br>    Plaintiffs,<br><br>V.<br><br>KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL'S MOTION FOR REFERRAL TO STATE COURT FOR THE CONVENING OF A <u>MEDICAL MALPRACTICE TRIBUNAL</u>**

The defendant, University of Massachusetts Medical School, respectfully requests that this Honorable Court issue an Order referring the plaintiffs' negligence claims to the Superior Court Department, Suffolk County, for the purposes of convening a Medical Malpractice Tribunal as required by Mass. Gen. Laws, c. 231, §60(B) and made applicable to this Court by <u>Feinstein v. Massachusetts General Hospital</u>, 643 F.2d 880 (1st Cir. 1981).

954816v1

WHEREFORE, the defendant, University of Massachusetts Medical School, hereby requests that the plaintiffs' claims of negligence against this defendant be referred to the Suffolk County Superior Court for the convening of a Medical Malpractice Tribunal.

    Respectfully submitted,
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL,
By its attorneys,

**MORRISON MAHONEY, LLP**

**/s/ James A. Bello**
_____
James A. Bello, BBO #633550
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02210
(617) 439-7500

954816v1