AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court     District of     Massachusetts

William Mosher, Administrator of the Estate of Wlliam Mosher, Jr.,

Carolyn Mosher, Brandon Mosher, Kacie Mosher, and Kortney Mosher

           V.

Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental health, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Corrections, The Commonwealth of Massachusetts Department of Corrections, and the University of Massachusetts Medical School.

SUMMONS IN A CIVIL CASE

04 12560

TO: (Name and address of Defendant)

University of Massachusetts Medical School
55 Lake Avenue
North Worcester, Massachusetts 01655

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Balliro, Jr., Esquire, Balliro & Mondano, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONI ANASTAS
CLERK

DEC 7 2004

(by) Deputy Clerk

DEC 7 2004

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

### RETURN OF SERVICE



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                     12/23/2004

I hereby certify and return that on 12/22/2004 at 03:00pm I served a true and attested copy of the Summons in a Civil Case in this action in the following manner: To wit, by delivering in hand to ERICA VAN LINGEN, agent, person in charge at the time of service for UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL at 55 LAKE AVE, WORCESTER, MA. Fees: Service 30.00, Travel 22.46, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $60.46

Deputy Sheriff Michael J Ahearn

_____
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                    Date                        Signature of Server

                                 _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.