AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

United States District Court     District of     Massachusetts

William Mosher, Administrator of the Estate of William Mosher, Jr.,

Carolyn Mosher, Brandon Mosher, Kacie Mosher, and Kortney Mosher

V.

Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental health, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Corrections, The Commonwealth of Massachusetts Department of Corrections, and the University of Massachusetts Medical School.

SUMMONS IN A CIVIL CASE

04 12560 MLW

TO: (Name and address of Defendant)

Commonwealth of Massachusetts
Department of Mental Health
25 Staniford Street
Boston, Massachusetts 02114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. Balliro, Jr., Esquire, Balliro & Mondano, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS            DEC 7 2004

CLERK          DATE

(by) Deputy Clerk

04030538

 **Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999
*Suffolk, ss.*

January 4, 2005

I hereby certify and return that on 12/30/2004 at 10:15AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to E.Childs, agent in charge at time of service, for Commonwealth of Massachusetts, at Department of Mental Health, 25 Staniford Street, Boston, MA 02114. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    George Slyva                                    *Deputy Sheriff*