February 4, 2005

Clerk's Office
**United States District Court**
**For District of Massachusetts**
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:** **Mosher, Adm'r v. Nelson et al.**
**Civil Action No. 04-12560-MLW**

Dear Sir/Madam:

Enclosed please find for filing a Notice of Appearance in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,


Ronald Kehoe
Assistant Attorney General
(617) 727-2200 x 3221

Enclosure
cc:    Joseph James Balliro, Jr., Esquire

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MOSHER, ADMINISTRATOR of ) <br> The estate of WILLIAM MOSHER, JR., ) <br> CAROLYN MOSHER, BRANDON MOSHER, ) <br> KACIE MOSHER AND KORTNEY MOSHER, ) <br>  ) <br> Plaintiffs ) <br>  ) <br> vs. ) <br>  ) <br> KENNETH NELSON, Individually and as ) <br> SUPERINTENDENT of the BRIDGEWATER ) <br> STATE HOSPITAL, et al. ) <br>  ) <br> Defendants ) | 04-12560-MLW |

## NOTICE OF APPEARANCE

To The Clerk Of The Above-Named Court:

    Please enter my appearance on behalf of the defendant, Kenneth Nelson, Individually and as Superintendent of the Bridgewater State Hospital in the above entitled case.

                                            Respectfully submitted,
                                            KENNETH NELSON, Individually and as
                                            SUPERINTENDENT of the
                                            BRIDGEWATER STATE HOSPITAL

                                            By his attorneys,

                                            THOMAS F. REILLY
                                            ATTORNEY GENERAL


                                            _____
                                            Ronald F. Kehoe  (BBO# 264260)
                                            Assistant Attorney General
                                            Government Bureau/Trial Division
                                            One Ashburton Place, Room 1813
                                            Boston, MA 02108

Dated: February 4, 2005                   (617) 727-2200, ext.  3221

## **CERTIFICATE OF SERVICE**

     I, Ronald F. Kehoe, Assistant Attorney General, hereby certify that I have this day, February 4, 2005, served the foregoing document upon the attorneys of record, by mailing a copy, first class, postage prepaid to: Joseph James Balliro, Jr., Esquire, Balliro & Mondano, 99 Summer Street, Boston, MA 02110.

 

                                                  _____
                                                  Ronald F. Kehoe, Esquire