February 23, 2005

Clerk's Office
**United States District Court**
**For District of Massachusetts**
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re:**     **Mosher, Adm'r v. Nelson et al.**
         **Civil Action No. 04-12560-MLW**

Dear Sir/Madam:

Enclosed please find for filing a Notice of Appearance in the above-referenced matter.

Thank you for your attention to this matter.

Very truly yours,

" s/ Ronald F. Kehoe"
Assistant Attorney General
(617) 727-2200 x 3221

Enclosure
cc:     Joseph James Balliro, Jr., Esquire

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM MOSHER, ADMINISTRATOR of <br> The estate of WILLIAM MOSHER, JR., <br> CAROLYN MOSHER, BRANDON MOSHER, <br> KACIE MOSHER AND KORTNEY MOSHER, <br><br> Plaintiffs <br><br> vs. <br><br> KENNETH NELSON, INDIVIDUALLY AND <br> AS SUPERINTENDENT OF BRIDGEWATER <br> STATE HOSPITAL, BRIDGEWATER STATE <br> HOSPITAL, KATHLEEN M. DENNEHY, <br> INDIVIDUALLY AND AS COMMISSIONER <br> OF THE COMMONWEALTH OF <br> MASSACHUSETTS DEPARTMENT OF <br> CORRECTION, THE COMMONWEALTH OF <br> MASSACHUSETTS DEPARTMENT OF <br> CORRECTION, AND ELIZABETH CHILDS, <br> INDIVIDUALLY AND AS COMMISSIONER <br> OF THE COMMONWEALTH OF <br> MASSACHUSETTS DEPARTMENT <br> OF MENTAL HEALTH <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 04-12560-MLW |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants, Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Correction, the Commonwealth of Massachusetts Department of Correction, and Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental Health in the above Entitled Case.

        Respectfully submitted,
KENNETH NELSON, INDIVIDUALLY AND AS SUPERINTENDENT OF BRIDGEWATER STATE HOSPITAL, BRIDGEWATER STATE HOSPITAL, KATHLEEN M. DENNEHY, INDIVIDUALLY AND AS COMMISSIONER OF THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION, AND ELIZABETH CHILDS, INDIVIDUALLY AND AS COMMISSIONER OF THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH

By their attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL


" s/ Ronald F. Kehoe"
Ronald F. Kehoe  (BBO# 264260)
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext.  3221

February 23, 2005

## CERTIFICATE OF SERVICE

     I, Ronald F. Kehoe, Assistant Attorney General, hereby certify that I have this day, February 23, 2005, served the foregoing document upon the attorneys of record, by mailing a copy, first class, postage prepaid to:

Joseph James Balliro, Jr.
Balliro & Mondano
99 Summer Street
Boston, MA 02110

James A. Bello
Lynne McNeill
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210

                                                " s/ Ronald F. Kehoe"
                                                Ronald F. Kehoe, Esquire