UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12560 MLW

_____
WILLIAM MOSHER, Individually and as                )
administrator of the Estate of WILLIAM MOSHER,     )
JR., CAROLYN MOSHER, BRANDON MOSHER,               )
KACIE MOSHER, and KORTNEY MOSHER,                  )
    Plaintiffs,                                 )
                                                   )
V.                                                 )
                                                   )
KENNETH NELSON, Individually and as                )
Superintendent of BRIDGEWATER STATE                )
HOSPITAL, ELIZABETH CHILDS, Individually           )
and as Commissioner of the COMMONWEALTH            )
OF MASSACHUSETTS DEPARTMENT OF                     )
MENTAL HEALTH, KATHLEEN M. DENNEHY,                )
Individually and as Commissioner of the            )
COMMONWEALTH OF MASSACHUSETTS                      )
DEPARTMENT OF CORRECTIONS, THE                     )
COMMONWEALTH OF MASSACHUSETTS                      )
DEPARTMENT OF CORRECTIONS and the                  )
UNIVERSITY OF MASSACHUSETTS MEDICAL                )
SCHOOL,                                            )
    Defendants.                                 )
_____                )

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Kindly enter our appearance as attorneys for the Defendant, University of Massachusetts Medical School, in the above-captioned matter.

1

954816v1

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) he attorney of record for each (other) party by mail on the **16th** day of **March**, **2005**.<br><br>**/s/ James A. Bello**<br>_____<br>James A. Bello | The Defendant,<br>UNIVERSITY OF MASSACHUSETTS<br>MEDICAL SSCHOOL<br>By their attorneys,<br><br>**/s/ James A. Bello**<br>_____<br>James A. Bello, BBO# 633550<br>MORRISON MAHONEY LLP<br><br>AND<br><br>**/s/ Lynne McNeill**<br>_____<br>Lynne McNeill, BBO# 644721<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

954816v1