UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************

WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
    Plaintiffs,

      V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
    Defendants.

**************************************************

## MOTION FOR PRETRIAL SCHEDULING CONFERENCE UNDER L.R.16.1

Now come the plaintiffs in the above-captioned matter and respectfully request that this Honorable Court schedule a pretrial scheduling conference under L.R. 16.1.

As reasons therefore the plaintiffs state the following:

1.    All parties have been served with the complaint.

2.    Answers have been filed by the defendants.

3.    The claims against the University of Massachusetts Medical School have been remanded to the Medical Malpractice

2

Tribunal division of the Suffolk Superior Court.

4.   The plaintiffs have provided substantial automatic discovery to the defendant the University of Massachusetts Medical School and has advised the Commonwealth of Massachusetts that automatic discovery is available for copying.

5.   The Plaintiffs have moved that the complaint be amended to include a claim against Dr. Daniel Comisky, the attending physician for Bradley Burns at the Bridgewater State Hospital.

6.   The Plaintiffs are in need of discovery in order to properly present its claims to the Medical Malpractice Tribunal and would prefer to consolidate the claims of the University of Massachusetts Medical School with the claims against Dr. Daniel Cominsky.

7.   Scheduling the hearing in this matter will trigger discovery obligations and objections thereto that will enable the Plaintiffs to properly respond and to obtain necessary discovery to properly present their claims.

Plaintiffs seek to address issues of scope and timing of discovery, filing of parties' pretrial narrative statements, the timing for filing of motions, and possibly an anticipated date for trial.

WHEREFORE, the plaintiffs respectfully request this Honorable Court to schedule a pretrial scheduling conference under L.R. 16.1.

RESPECTFULLY SUBMITTED,
The Plaintiffs,
By their counsel:

//Joseph J. Balliro, Jr.//
Joseph James Balliro, Jr.
BALLIRO & MONDANO
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8442
Date: May 12, 2005          BBO# 550194

3