UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| _____ ) | | |
| WILLIAM MOSHER, ADMINISTRATOR of ) | | |
| The estate of WILLIAM MOSHER, JR., ) | | |
| CAROLYN MOSHER, BRANDON MOSHER, ) | | |
| KACIE MOSHER AND KORTNEY MOSHER, ) | | |
| ) | | |
| Plaintiffs ) | 04-12560-MLW | |
| ) | | |
| vs. ) | | |
| ) | | |
| KENNETH NELSON, Individually and as ) | | |
| SUPERINTENDENT of the BRIDGEWATER ) | | |
| STATE HOSPITAL, et al. ) | | |
| ) | | |
| Defendants ) | | |
| _____) | | |

## <u>CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)</u>

The State defendants, Kenneth Nelson, individually and as Superintendent of

Bridgewater State Hospital, Bridgewater State Hospital, Kathleen M. Dennehy, individually and

as Commissioner of the Commonwealth of Massachusetts Department of Correction, the

Commonwealth of Massachusetts Department of Correction, and Elizabeth Childs, individually

and as Commissioner of the Commonwealth of Massachusetts Department of Mental Health, and

their counsel, have conferred (a) with a view to establishing a budget for the costs of conducting

the full course, and various alternative courses, of the litigation and (b) to consider the resolution

of the litigation through the use of alternative dispute resolution programs such as mediation,

arbitration, mini-trials, summary jury trials and trial by a magistrate judge.

THOMAS F. REILLY
ATTORNEY GENERAL

 s/ Ronald F. Kehoe
Ronald F. Kehoe  (BBO# 264260)
Assistant Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext.  3221

Dtaed:  January 31, 2006