UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12560 MLW

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER, KACIE MOSHER, and KORTNEY MOSHER, Plaintiffs, <br><br> V. <br><br> KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The defendant, University of Massachusetts Medical School, and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mediation, arbitration, mini-trials, summary jury trials and trial by a magistrate judge.

986167v1

2

        Respectfully submitted,
        UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL,
        By its attorneys,

**/s/ James A. Bello**

_____
James A. Bello, BBO #633550
Lynne McNeill, BBO #644721
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

| *See Attachment for Signature* | ***/s/ James A. Bello*** |
|---|---|
| By: Timothy E. Slowick, Director | James A. Bello, BBO #633550 |
| Claims Management | Lynne McNeill, BBO #644721 |
| UMass Memorial Health Care | Morrison Mahoney LLP |
| 291 Lincoln Street, Suite 102 | 250 Summer Street |
| Worcester, MA 01605 | Boston, MA 02210 |

986167v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12560 MLW

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER, KACIE MOSHER, and KORTNEY MOSHER, Plaintiffs, <br><br> V. <br><br> KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL'S
CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The defendant, University of Massachusetts Medical School, and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mediation, arbitration, mini-trials, summary jury trials and trial by a magistrate judge.

986167v1

By: Timothy E. Slowick, Director
Claims Management
UMass Memorial Health Care
291 Lincoln Street, Suite 102
Worcester, MA 01605

James A. Bello, BBO #633550
Lynne McNeill, BBO #644721
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210

2

986167v1