```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
      Plaintiffs,

              V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
      Defendants.
**************************************************
```

**PLAINTIFFS' MOTION WITH PROPOSED ORDER ON DISCLOSURE
OF MEDICAL RECORDS OF BRADLEY BURNS**

Now come the Plaintiffs in the above captioned matter, through counsel, and respectfully request that this Honorable Court order the Bridgewater State Hospital and/or all other agencies of the Commonwealth of Massachusetts possessing medical and/or psychiatric records of Bradley Burns to disclose said records to Plaintiffs' counsel.

As reasons therefore, counsel for the Plaintiffs state

that the disclosure of the requested records is critical to the proper preparation and presentation of the case.

        RESPECTFULLY SUBMITTED,
        The Plaintiffs,
        By their counsel:

        //Joseph J. Balliro, Jr.//
        Joseph James Balliro, Jr.
        BALLIRO & MONDANO
        99 Summer Street
        Suite 1800
        Boston, Massachusetts 02110
        (617) 737-8442
        BBO# 550194

February 8, 2006

## CERTIFICATE OF SERVICE

    I, Joseph J. Balliro, Jr., Esquire, hereby certify that I have served the foregoing Motion and Proposed Order by delivering in hand to Bernard Grossberg, Esquire, 99 Summer Street, Suite 1800, Boston, Massachusetts 02110 on January 8, 2006.

        //Joseph J. Balliro, Jr.//
        Joseph J. Balliro, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

***************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
    Defendants.
***************************************************

**PROPOSED ORDER ON DISCLOSURE**
**OF MEDICAL RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that the Bridgewater State Hospital and/or all other agencies of the Commonwealth of Massachusetts possessing medical and/or psychiatric records of Bradley Burns to disclose said records to Plaintiffs' counsel.

Dated:                                           _____
                                                The Honorable Chief Judge
                                                Mark L. Wolf