UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
      Plaintiffs,

            V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
      Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION ON DISCLOSURE OF RECORDS RELATED TO INCIDENTS OF VIOLENCE OR DEATH AT BRIDGEWATER STATE HOSPITAL**

Now come the Plaintiffs in the above captioned matter, through counsel, and respectfully request that this Honorable Court order the Bridgewater State Hospital to disclose the following:

> 1.  All records of injury or death of inmates or patients in Bridgewater State Hospital, claimed to be victims of employees of Bridgewater State Hospital, employees of the Commonwealth of Massachusetts or other third parties.

As reasons therefore, counsel for the Plaintiffs state that the disclosure of the requested records is critical to the proper preparation and presentation of the case.

RESPECTFULLY SUBMITTED,
The Plaintiffs,
By their counsel:


//Joseph J. Balliro, Jr.//
Joseph James Balliro, Jr.
BALLIRO & MONDANO
99 Summer Street
Suite 1800
Boston, Massachusetts 02110
(617) 737-8442
BBO# 550194

February 8, 2006