UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

***************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
    Defendants.
***************************************************

**MOTION FOR REFERRAL OF COUNTS OF COMPLAINT TO THE
SUFFOLK SUPERIOR COURT MEDICAL MALPRACTICE TRIBUNAL**

The Plaintiffs move for an order of this Court referring the following Counts of the Amended Complaint to the Suffolk Superior Court Medical Malpractice Tribunal.

1. <u>COUNT V</u>; University of Massachusetts Medical School.
2. <u>COUNT VI</u>; Doctor Daniel W. Comisky.
3. <u>COUNT VII</u>; WRONGFUL DEATH: MGL ch. 229 §2.
4. <u>COUNT IX</u>; Gross Negligence
5. <u>COUNT X</u>; Infliction of Emotional Distress.
6. <u>COUNT XI</u>; Loss of Consortium
7. <u>Count XII</u>; STRICT LIABILITY

As reasons therefore, the Plaintiffs state the following:

1. This Court entered an order referring this case to Suffolk County for the purposes of a medical malpractice tribunal. The motion requesting the referral was filed by counsel on behalf of the defendant University of Massachusetts Medical School. The order was entered on March 11, 2005.

2. On January 26, 2006 this order allowed the Plaintiffs' Motion to Amend the Complaint and Amended Complaint.

3. The Amended Compliant added Counts 6, 7, 9, 10, 11, & 12.

4. In the interests of justice and the efficient administration of this case, the additional counts to the amended complaint should be referred.

                                        RESPECTFULLY SUBMITTED,
                                        The Plaintiffs,
                                        By their counsel:

                                        //Joseph J. Balliro, Jr.//
                                        Joseph James Balliro, Jr.
                                        BALLIRO & MONDANO
                                        99 Summer Street
                                        Suite 1800
                                        Boston, Massachusetts 02110
                                        (617) 737-8442
                                        BBO# 550194

February 8, 2006