```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


WILLIAM MOSHER, ET AL.          )
     Plaintiffs,                )
                                )
                                )
     v.                         )     C.A. No. 04-12560-MLW
                                )
KENNETH NELSON, ET AL           )
     Defendants.                )
```

                                ORDER

WOLF, D.J.                                         February 6, 2006

     As stated at the February 3, 2006 Conference, it is hereby ORDERED that:

     1. The plaintiff shall, by February 10, 2006, file and serve on the parties and counsel for Bradley Burns a Motion and Proposed Order for the Production of the Medical and Psychological Records of Bradley Burns.  Defense counsel and counsel for Burns shall respond to the motion and proposed order by February 24, 2006.

     2.  The parties shall, by February 10, 2006, file a proposed order for the production of all records related to the injury or death of inmates or patients at Bridgewater State Hospital.  The proposed order shall contain a schedule for the production of these documents.

     3. The parties shall, by February 10, 2006, file, jointly if possible, a proposed order to have the charges against defendant Comisky referred to the Medical Malpractice Tribunal.  If, however,

the parties are unable to agree on a Joint Proposed Order, they shall file competing orders with some authority for their respective positions.

    4.   This case is otherwise STAYED.

```
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
```