UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MOSHER, individually and as | ) |
| Administrator of the Estate of WILLIAM | ) CIV. ACTION No:04-12560-MLW |
| MOSHER, JR., CAROLYN MOSHER, | ) |
| BRENDON MOSHER, KACIE MOSHER, | ) |
| and KORTNEY MOSHER, | ) |
|             Plaintiffs, | ) |
|  | ) |
|             V. | ) |
| KENNETH NELSON, individually and as | ) |
| Superintendent of BRIDGEWATER STATE | ) |
| HOSPITAL, ELIZABETH CHILDS, | ) |
| Individually and as Commissioner of the | ) |
| COMMONWEALTH OF MASSACHUSETTS | ) |
| DEPARTMENT OF MENTAL HEALTH, | ) |
| KATHLEEN M. DENNEHY, individually and as | ) |
| COMMISSIONER OF THE COMMONWEALTH | ) |
| OF MASSACHUSETTS DEPARTMENT | ) |
| CORRECTION and the UNIVERSITY OF | ) |
| MASSACHUSETTS MEDICAL SCHOOL, | ) |
|             Defendants. |  |

## <u>RESPONSE OF COUNSEL AND PARENTS AND NEXT BEST FRIENDS OF BRADLEY BURNS TO PLAINTIFFS' MOTION FOR DISCLOSURE OF MEDICAL RECORDS OF BRADLEY BURNS</u>

Now come Bernard Grossberg, Esq., of 99 Summer Street, Boston,

Massachusetts, as counsel for Bradley Burns and Margaret and John Burns of 18 Banks

Street, Belmont, Massachusetts as parents and next best friends of Bradley Burns, in

response to Plaintiffs' Motion For Disclosure Of Medical Records Of Bradley Burns, and

state that each of them has no opposition to this Court's allowance of the said motion and

that the medical records of Bradley Burns may be furnished by the defendants herein and

in particular, by the defendant Commonwealth of Massachusetts Department of Mental

Health, the Bridgewater State Hospital and/or other agencies of the Commonwealth of

Massachusetts possessing medical and/or psychiatric records of Bradley Burns.

In support of this response, counsel for Bradley Burns states that after hearing on October 18, 2005, the Plymouth County Superior Court, Walker, J., in <u>Commonwealth v. Bradley Burns</u>, No. CR04-00360, found that Bradley Burns was not competent to stand trial on a charge of murder in the first degree.  Also, after hearing on August 3, 2005, the Brockton District Court, Minehan, J., in <u>Commonwealth v. Bradley Burns</u>, No. 0515-MH-0452, found that Bradley Burns was not competent to stand trial on charges of assault with intent to rob, assault and battery and related charges. <u>1</u>/  The said Bradley Burns presently remains committed to the Bridgewater State Hospital. <u>2</u>/

Respectfully submitted
By his attorney,

/s/ Bernard Grossberg
_____
Bernard Grossberg
99 Summer Street
Suite 1800
Boston, MA  02110
(617) 737-8558
B.B.O. No. 212900

<u>CERTIFICATE OF SERVICE</u>

I, Bernard Grossberg, attorney for Bradley Burns in the above-entitled matter, hereby certify that on February 13, 2006, I served a true copy of the **Response Of Counsel And Parents And Next Best Friends of Bradley Burns To Plaintiffs' Motion For Disclosure Of Medical Records Of Bradley Burns** by hand upon Joseph Balliro, Esq., Jr., and upon Ronald Kehoe, Esq., Assistant Attorney General at the Office of the Attorney General, One Ashburton Place, Boston, MA  02108 and upon James A. Bello, Esq., at Morison Mahoney, LLP, 250 Summer Street, Boston, MA  02210 by pre-paid first class mail.

/s/ Bernard Grossberg
_____
Bernard Grossberg

_____
1/  These charges are pending in the Suffolk County Superior Court, No. SUCR-2004-11015 (001 to 002).
2/  As of this date, the appointment of a legal guardian for the said Bradley Burns has not been sought.