UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12560 MLW

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER, KACIE MOSHER, and KORTNEY MOSHER, Plaintiffs, <br><br> V. <br><br> KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL and DR. DANIEL W. COMISKY, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANTS UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL AND DR. DANIEL COMISKY'S MOTION FOR ENDORSEMENT OF ORDER REFERRING PLAINTIFFS' NEGLIGENCE CLAIMS AGAINST DEFENDANTS UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL AND DR. DANIEL COMISKY TO STATE COURT FOR MEDICAL MALPRACTICE TRIBUNAL**

NOW COMES the defendants, University of Massachusetts Medical School and Dr. Daniel Comisky, and pursuant to this Court's Order of February 6, 2006, hereby requests that this Court endorse the attached Order Referring Plaintiffs' Negligence Claims Against Defendants University of Massachusetts Medical School and Dr. Daniel Comisky to State Court for Medical Malpractice Tribunal.

ALLOWED
Wo U, DJ
Feb. 27, 2006

988477v1

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to LR 7.1(A)(2), defendants' undersigned counsel hereby certifies that prior to filing this Motion, on February 9, 2006, defendants' counsel circulated the attached proposed order amongst counsel for all parties and has not received any objection.

Respectfully submitted,
UNIVERSITY OF MASSACHUSETTS
MEDICAL SCHOOL and DR. DANIEL
COMISKY,
By their attorneys,

**MORRISON MAHONEY, LLP**

/s/ James A. Bello
_____
James A. Bello, BBO #633550
Lynne McNeill, BBO #644721
250 Summer Street
Boston, MA 02210
(617) 439-7500

2

988477v1