UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MOSHER, et als ) | |
| ) | |
| Plaintiffs ) | 04-12560-MLW |
| ) | |
| vs. ) | |
| ) | |
| KENNETH NELSON, et als ) | |
| ) | |
| Defendants ) | |

## ~~PROPOSED~~ mw ORDER ON DISCLOSURE OF RECORDS
## OF VIOLENCE OR DEATH AT BRIDGEWATER STATE HOSPITAL

Upon motion of the plaintiffs, it is hereby ordered that the State defendants (all defendants other than University of Massachusetts Medical School and Daniel Comisky) shall produce, within thirty days of this order, or later if agreed with plaintiffs' counsel, the following records in aid of the medical malpractice tribunal proceeding herein:

1. Medical and psychological records of Bradley Burns of his admissions to Bridgewater State Hospital from August 12, 2004 to date and his admissions to Lindemann Center in May 2003 and to Westborough State Hospital in July 2003.

2. Records of Bridgewater State Hospital of inmate and patient deaths to date, not resulting from natural causes or suicide.

3. Records of Bridgewater State Hospital of assaults on inmates, patients or staff with injury requiring treatment more than first aid, for the period January 2002 to date.

4. The documents shall be produced by April 4, 2006

5. This Order supercedes any inconsistent provision of the February 27, 2006 order.

_____
UNITED STATES DISTRICT JUDGE

March 14, 2006

### CERTIFICATE OF SERVICE

I Ronald F. Kehoe hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) on February 24, 2006.

josephballiro@yahoo.com
jbello@morrisonmahoney.com
lmcneill@morrisonmahoney.com

/s/ Ronald F. Kehoe
Ronald F. Kehoe, Assistant Attorney General
Government Bureau/Trial Division

5