```
                  UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO: 04-12560 MLW
```

*************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER, BRANDON MOSHER,
KACIE MOSHER, and KORTNEY MOSHER,
     Plaintiffs,

          V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS and the UNIVERSITY OF
MASSACHUSETTS MEDICAL SCHOOL,
     Defendants.
*************************************************

**PLAINTIFFS' MOTION TO DISMISS PLAINTIFFS BRANDON MOSHER, KACIE MOSHER, and KORTNEY MOSHER AND THEIR CLAIMS**

Now come the plaintiffs in the above entitled matter and respectfully request that this Honorable Court dismiss the brother and sisters of the deceased William Mosher, Jr. plaintiffs Brandon Mosher, Kacie Mosher, and Kortney Mosher and their claims.

As reasons therefore, counsel for the plaintiffs state the following:

1.   Counsel for the plaintiffs offered a stipulation to counsels for the defendants to the effect that the plaintiffs Brandon Mosher, Kacie Mosher, and Kortney Mosher would dismiss their claims if counsels for the defendants would agree not to involve them in the litigation.  Counsel for the plaintiffs offered not to call Brandon Mosher, Kacie Mosher, and Kortney Mosher as witnesses at trial or otherwise involve them in the litigtaion.  The offer was declined.

2.    Brandon Mosher, Kacie Mosher, and Kortney Mosher request this Court allow them to withdraw their claims by this motion in the hope that any involvment in the litigation will be to a minimum. Brandon Mosher, Kacie Mosher, Kortney Mosher and their father, William Mosher, and mother, Carolyn Mosher, have legitimate concerns over the emotional impact of their involvment in the litigation.

>                               RESPECTFULLY SUBMITTED,
>                               The Plaintiffs,
>                               By their counsel:
>
>
>                               //Joseph J. Balliro, Jr.//
>                               Joseph J. Balliro, Jr., Esquire
>                               BALLIRO & MONDANO
>                               99 Summer Street
>                               Suite 1800
>                               Boston, Massachusetts 02110
>                               (617) 737-8442
>                               BBO# 550194

August 8, 2007