```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS

                            CIVIL ACTION NO: 04-12560 MLW
```

************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER
     Plaintiffs,

          V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
************************************************

**JOINT STATEMENT CONCERNING PRETRIAL SCHEDULE**

Counsels propose the following phased discovery consistent with Rule 16.1 of the Local Rules of the United States District Court.

I.   First Phase of Discovery

a.   The first phase of discovery will be designed to develop as complete a record as possible for this Court to determine the validity and/or application of claims of Eleventh Amendment Immunity and Qualified Immunity relating to the plaintiffs' federal law claims (Counts I-IV).

b.   The first phase of discovery will be in the form of written submissions and depositions limited to information related to claims of Eleventh Amendment Immunity and Qualified Immunity.

    c.    The first phase of discovery to be concluded within 6 months of the order of this Court.

II.  <u>Dispositive Motions</u>

    a.    Motions to Dismiss and/or Summary Judgment based on the claims of Eleventh Amendment Immunity and/or Qualified Immunity will be filed 60 days after the first phase of discovery is completed.

    b.    Opposition to Motions to Dismiss and/or Summary Judgment based on the claims of Eleventh Amendment Immunity Qualified Immunity will be filed 60 days after the motions have been filed.

    c.    If deemed necessary this Court will schedule hearing on the submissions of counsel forthwith.

III.  <u>Second Phase of Discovery</u>

    a.    In the event plaintiffs' claim or claims survive an Eleventh Amendment Immunity and/or Qualified Immunity challenge, the second phase of discovery will be designed to elicit the remaining facts involving the plaintiffs' claims and the defendants' defenses.

    b.    The second phase of discovery will be completed within ten months after decision of the Court on Motions to Dismiss and/or Summary Judgment.

    c.    The second phase of discovery will include written submissions and depositions.

IV.  <u>Third Phase of Discovery</u>

    a.    The third phase of discovery will be concluded 4 months after the close of the second phase of discovery and will include the disclosure and deposition of experts.

V.  <u>Additional Pre-Trial Matters</u>

    a.    Counsels will stipulate that the records in this case are authentic and reserve all other objections to the

admission of those records for trial.

    b.   Counsels agree to forgo formal deposition notices and cooperate in providing witnesses for deposition insofar as possible.

VI.  Settlement

    Counsel for the plaintiffs forwarded a settlement proposal letter to counsel for the defendants on November 6, 2007.

    It is unlikely this matter will settle prior to resolution of dispositive motions.

For the Plaintiffs
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
By Their Counsel,


//Joseph J. Balliro, Jr.//
Joseph J. Balliro, Jr., Esquire
Balliro & Mondano
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8442
BBO#550194


For the State Defendants,
By Their Counsel,


//Ronald F. Kehoe//
Ronald F. Kehoe, Esquire (BBO# 264260)
Assistant Attorney General
Office of Attorney General
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext. 2619