```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                        CIVIL ACTION NO: 04-12560 MLW
```

*************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
     Plaintiffs,

           V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
*************************************************

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The plaintiffs and their counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as mediation, arbitration, min-trials, summary jury trials and trials by magistrate judge.

The results of those considerations are contained in the Joint Statement regarding the scheduling conference.

    For the Plaintiffs
WILLIAM MOSHER, individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER,
By Their Counsel,

<u>//Joseph J. Balliro, Jr.//</u>
Joseph J. Balliro, Jr., Esquire
Balliro & Mondano
99 Summer Street
Suite 1800
Boston, MA 02110
(617) 737-8442
BBO#550194


Date:    November 8, 2007