UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF MEDICAL RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that

the Arbour Hospital, 49 Robinwood Avenue, Boston, MA

02130and/or all of its associated facilities possessing

medical and/or psychiatric records of Bradley Burns to

disclose said records to Plaintiffs' counsel.

Dated:                      _____

                        The Honorable Chief Judge
                        Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF POLICE RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered

that the Boston Police Department disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0303CR000792* to Plaintiffs' counsel.


Dated:                        _____

                             The Honorable Chief Judge
                             Mark L. Wolf

forward unless otherwise ordered by this Court.


Dated:                          _____
                                The Honorable Chief Judge
                                Mark L. Wolf

```
                      UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS

                             CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
      Plaintiffs,


           V.


KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
      Defendants.
**************************************************
```

### PROPOSED ORDER ON DISCLOSURE
### OF MEDICAL RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that

the Bridgewater State Hospital and/or all other agencies of

the Commonwealth of Massachusetts possessing medical and/or

psychiatric records of Bradley Burns to disclose said records

to Plaintiffs' counsel.

This order is intended to cover records from the last

most recent disclosure to the present and imposes a continuing

obligation to timely supplement from the date of this order

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
     Plaintiffs,

          V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF COURT RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered

that the Cambridge District Court disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0425CR002495* to Plaintiffs' counsel.


Dated: _____        _____

                              The Honorable Chief Judge
                              Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF MEDICAL RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that

Charlotte Denton, Ph.D., Taunton State Hospital, P.O. Box

4007, Taunton, MA 02780 possessing medical and/or psychiatric

records or reports of Bradley Burns to disclose said records

or reports to Plaintiffs' counsel.


Dated:                          _____

                                The Honorable Chief Judge
                                Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF COURT RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered
that the Framingham District Court disclose all records
and/or reports including electronically store materials in
the matter of *Commonwealth v. Bradley Burns, Docket Number
0449CR000913* to Plaintiffs' counsel.

Dated:                _____
                        The Honorable Chief Judge
                        Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF COURT RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered

that the Framingham District Court disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0449CR002026* to Plaintiffs' counsel.


Dated:                 _____

                        The Honorable Chief Judge
                        Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF MEDICAL RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that

the Erich Lindemann Health Center, 25 Staniford St

Boston, MA 02114 and/or all of its associated facilities

possessing medical and/or psychiatric records of Bradley Burns

to disclose said records to Plaintiffs' counsel.

Dated:                        _____

                            The Honorable Chief Judge
                            Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PROPOSED ORDER ON DISCLOSURE
### OF RECORDS OF ASSAULT BY BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered

that the McDonald's Corporation, McDonald's Restaurant,

Harry Agganis Way, Boston disclose all records and/or

reports including electronically store materials in the

matter of an assault committed by Bradley Burns on an

employee at said location to Plaintiffs' counsel.


Dated:                _____
                        The Honorable Chief Judge
                        Mark L. Wolf

```
        d.  April 4, 2004
        e.  June 8, 2004
        f.  July 26, 2004
```

Dated:                          _____
                                The Honorable Chief Judge
                                Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF MEDICAL RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that

the McLeans Hospital, 115 Mill Street, Belmont, MA and/or all

of its associated facilities possessing medical and/or

psychiatric records of Bradley Burns to disclose said records

to Plaintiffs' counsel, more specifically for the following

admission dates:

        a.  November 7, 2002
        b.  November 27, 2003
        c.  December 22, 2003

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

## PROPOSED ORDER ON DISCLOSURE
## OF MEDICAL RECORDS OF BRADLEY BURNS

    Upon Motion of the Plaintiffs, it is hereby ordered that

the Mt. Auburn Hospital, 1200 Soldiers Field Rd., Allston, MA

and/or all of its associated facilities possessing medical

and/or psychiatric records of Bradley Burns to disclose said

records to Plaintiffs' counsel.

Dated: _____      _____

                                  The Honorable Chief Judge
                                  Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE**
**OF MEDICAL RECORDS OF BRADLEY BURNS**

    Upon Motion of the Plaintiffs, it is hereby ordered

that J. Leonard Peebles, Ph.D., possessing medical and/or

psychiatric records or reports of Bradley Burns to disclose

said records or reports to Plaintiffs' counsel.

Dated:                  _____

                         The Honorable Chief Judge
                         Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF COURT RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered

that the South Boston District Court disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0303CR000792* to Plaintiffs' counsel.


Dated:                 _____

                         The Honorable Chief Judge
                         Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF POLICE RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered

that the Massachusetts State Police and/or Boston

University Police Department disclose all records and/or

reports including electronically store materials in the

matter of *Commonwealth v. Bradley Burns, Docket Number*

*0425CR002495* to Plaintiffs' counsel.

Dated:                _____

                            The Honorable Chief Judge
                            Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
 Plaintiffs,

   V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
 Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF POLICE RECORDS OF BRADLEY BURNS**

  Upon Motion of the Plaintiffs, it is hereby ordered

that the Sudbury Police Department disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0449CR000913* to Plaintiffs' counsel.


Dated:         _____

           The Honorable Chief Judge
           Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER ON DISCLOSURE
OF POLICE RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered

that the Wayland Police Department to disclose all records

and/or reports including electronically store materials in

the matter of *Commonwealth v. Bradley Burns, Docket Number*

*0449CR002026* to Plaintiffs' counsel.


Dated:                     _____

                     The Honorable Chief Judge
                     Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

       V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

### PLAINTIFFS' MOTION WITH PROPOSED ORDER ON DISCLOSURE
### OF MEDICAL RECORDS OF BRADLEY BURNS

Now come the Plaintiffs in the above captioned matter,

through counsel, and respectfully request that this Honorable

Court enter orders as proposed to the following for the

release of medical and/or psychiatric records, reports, and

court records of Bradley Burns:

    1.   McLeans Hospital, 115 Mill Street, Belmont, MA
       admission dates:

       a.  November 7, 2002
       b.  November 27, 2003

     c.  December 22, 2003
     d.  April 4, 2004
     e.  June 8, 2004
     f.  July 26, 2004

2.  Mt. Auburn Hospital, 1200 Soldiers Field Rd Allston, MA

3.  Arbour Hospital, 49 Robinwood Avenue Boston, MA 02130

4.  Erich Lindemann Health Center, 25 Staniford St Boston, MA 02114

5.  Charlotte Denton, Ph.D., Taunton State Hospital, P.O. Box 4007, Taunton, MA 02780

6.  J. Leonard Peebles, Ph.D.

7.  South Boston District Court records, *Commonwealth v. Bradley Burns, Docket Number 0303CR000792;*

8.  Boston Police Department records related to *Commonwealth v. Bradley Burns, Docket Number 0303CR000792.*

9.  Framingham District Court records, *Commonwealth v. Bradley Burns, Docket Number 0449CR000913;*

10.  Sudbury Police Department records related to *Commonwealth v. Bradley Burns, Docket Number 0449CR000913.*

11.  Framingham District Court records, *Commonwealth v. Bradley Burns, Docket Number 0449CR002026;*

12.  Wayland Police Department records related to *Commonwealth v. Bradley Burns, Docket Number 0449CR002026.*

13.  Cambridge District Court records, *Commonwealth v. Bradley Burns, Docket Number 0425CR002495;*

14.  Massachusetts State Police and/or Boston University Police Department records related to *Commonwealth v. Bradley Burns, Docket Number 0425CR002495.*

15.  Bridgewater State Hospital and/or associated agencies, records from last disclosure to present with an ongoing obligation to supplement.

16.  Records related to assault on employees, McDonald's Corporation, McDonald's Restaurant, Harry Agganis Way, Boston

Bernard Grossberg, Esquire, counsel for Bradley Burns, has advised that as his criminal case attorney he has no objection to access to these records, Mr. Burns has no guardian, and he is incompetent.

2

As reasons therefore, counsel for the Plaintiffs states
that the disclosure of the requested records is critical to
the proper preparation and presentation of the case.

                              RESPECTFULLY SUBMITTED,
                              The Plaintiffs,
                              By their counsel:


                              //Joseph J. Balliro, Jr.//
                              Joseph James Balliro, Jr.
                              BALLIRO & MONDANO
                              99 Summer Street
                              Suite 1800
                              Boston, Massachusetts 02110
                              (617) 737-8442
                              BBO# 550194

November 14, 2007

                    CERTIFICATE OF SERVICE

     I, Joseph J. Balliro, Jr., Esquire, hereby certify that I
have served the foregoing Motion and Proposed Order by
delivering in hand to Bernard Grossberg, Esquire, 99 Summer
Street, Suite 1800, Boston, Massachusetts 02110 on November
14, 2007.

                              //Joseph J. Balliro, Jr.//
                              Joseph J. Balliro, Jr.

                                3