```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


WILLIAM MOSHER, ET AL.            )
      Plaintiffs,                 )
                                  )
                                  )
      v.                          )    C.A. No. 04-12560-MLW
                                  )
KENNETH NELSON, ET AL.            )
      Defendants.                 )
```

                                  ORDER

WOLF, D.J.                                          November 20, 2007

      As stated in the conference on November 19, 2007, it is hereby ORDERED that:

      1.   By December 14, 2007, the parties shall confer and report on:

         a.   Whether claims against the institutional defendants and the individual defendants in their official capacities are barred by the Eleventh Amendment; and

         b.   Whether the plaintiffs wish to dismiss the claims against the remaining defendants either because qualified immunity bars suit against them, or because the plaintiffs wish to proceed in state court.

      2.   If the remaining claims are not dismissed, the parties shall, by June 13, 2008, complete the first phase of discovery to develop a record on Eleventh Amendment immunity and qualified immunity, as described in their November 8, 2007 Joint Statement.

  3. The parties shall file any motions for summary judgment, in the manner required by Local Rule 56.1, by August 15, 2008.

  4. Responses shall be filed, in the manner required by Local Rule 56.1, by September 19, 2008.

  5. Any replies shall be filed by October 3, 2008.

  6. A hearing on the pending motion(s) shall be held on November 12, 2008, at 3:00 p.m.


            /s/ Mark L. Wolf
           UNITED STATES DISTRICT JUDGE