```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                CIVIL ACTION NO: 04-12560 MLW
```

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

## PROPOSED ORDER ON DISCLOSURE
## OF MEDICAL RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that Charlotte Denton, Ph.D., Taunton State Hospital, P.O. Box 4007, Taunton, MA 02780 possessing medical and/or psychiatric records or reports of Bradley Burns to disclose said records or reports to Plaintiffs' counsel.


Dated: November 28, 2007              /s/ Mark L. Wolf
                                      The Honorable Chief Judge
                                      Mark L. Wolf