```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO: 04-12560 MLW
```

************************************************
WILLIAM MOSHER, individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY, Individually and as COMMISSIONER OF THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

**PROPOSED ORDER ON DISCLOSURE
OF COURT RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that the Framingham District Court disclose all records and/or reports including electronically store materials in the matter of *Commonwealth v. Bradley Burns, Docket Number 0449CR000913* to Plaintiffs' counsel.


Dated: November 28, 2007        /s/ Mark L. Wolf
                                The Honorable Chief Judge
                                Mark L. Wolf