```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                              CIVIL ACTION NO: 04-12560 MLW
```

*************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
     Plaintiffs,

              V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
*************************************************

**PROPOSED ORDER ON DISCLOSURE
OF RECORDS OF ASSAULT BY BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that the McDonald's Corporation, McDonald's Restaurant, Harry Agganis Way, Boston disclose all records and/or reports including electronically store materials in the matter of an assault committed by Bradley Burns on an employee at said location to Plaintiffs' counsel.

Dated:     November 28, 2007     /s/ Mark L. Wolf
                                 Mark L. Wolf