```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS

                        CIVIL ACTION NO: 04-12560 MLW
```

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

        V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
**************************************************

## PROPOSED ORDER ON DISCLOSURE
## OF COURT RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that the South Boston District Court disclose all records and/or reports including electronically store materials in the matter of *Commonwealth v. Bradley Burns, Docket Number 0303CR000792* to Plaintiffs' counsel.


Dated: November 28, 2007    /s/ Mark L. Wolf
                                       The Honorable Chief Judge
                                       Mark L. Wolf