```
              UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS

                         CIVIL ACTION NO: 04-12560 MLW
```

**************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
     Plaintiffs,

          V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
**************************************************

## PROPOSED ORDER ON DISCLOSURE
## OF POLICE RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that the Wayland Police Department to disclose all records and/or reports including electronically store materials in the matter of *Commonwealth v. Bradley Burns, Docket Number 0449CR002026* to Plaintiffs' counsel.


Dated: November 28, 2007        /s/s Mark L. Wolf
                                The Honorable Chief Judge
                                Mark L. Wolf