forward unless otherwise ordered by this Court.


Dated:November 28, 2007                    /s/ Mark L. Wolf
                                           The Honorable Chief Judge
                                           Mark L. Wolf

```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

                            CIVIL ACTION NO: 04-12560 MLW
```

*************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
    Plaintiffs,

            V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
    Defendants.
*************************************************

### PROPOSED ORDER ON DISCLOSURE
### OF MEDICAL RECORDS OF BRADLEY BURNS

Upon Motion of the Plaintiffs, it is hereby ordered that the Bridgewater State Hospital and/or all other agencies of the Commonwealth of Massachusetts possessing medical and/or psychiatric records of Bradley Burns to disclose said records to Plaintiffs' counsel.

This order is intended to cover records from the last most recent disclosure to the present and imposes a continuing obligation to timely supplement from the date of this order