2

```
          d.  April 4, 2004
          e.  June 8, 2004
          f.  July 26, 2004
```

Dated: November 28, 2007          /s/ Mark L. Wolf
                                  The Honorable Chief Judge
                                  Mark L. Wolf

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-12560 MLW

```
*************************************************
WILLIAM MOSHER, individually and as
administrator of the Estate of WILLIAM
MOSHER, JR., CAROLYN MOSHER,
     Plaintiffs,

          V.

KENNETH NELSON, Individually and as
Superintendent of BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS,
Individually and as Commissioner of the
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF MENTAL HEALTH, KATHLEEN M. DENNEHY,
Individually and as COMMISSIONER OF THE
COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF
CORRECTIONS, THE COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF CORRECTIONS,
     Defendants.
*************************************************
```

**PROPOSED ORDER ON DISCLOSURE
OF MEDICAL RECORDS OF BRADLEY BURNS**

Upon Motion of the Plaintiffs, it is hereby ordered that the McLeans Hospital, 115 Mill Street, Belmont, MA and/or all of its associated facilities possessing medical and/or psychiatric records of Bradley Burns to disclose said records to Plaintiffs' counsel, more specifically for the following admission dates:

        a. November 7, 2002
        b. November 27, 2003
        c. December 22, 2003