UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
WILLIAM MOSHER, Administrator of    )
the estate of William Mosher, Jr.   )
et al                               )    C.A. 04-12560-MLW
                                    )
                                    )
         Plaintiffs                 )
v.                                  )
                                    )
KENNETH NELSON, individually and as )
Superintendent of the Bridgewater   )
State Hospital, et als,             )
                                    )
         Defendants                 )
_____)


**<u>JOINT MOTION FOR PROTECTIVE ORDER</u>**


The parties, having come to agreement on the form of a proposed protective order to be applicable to the four documents which are the subject of plaintiffs' Motion for Order Compelling Disclosure of Records (P #60), jointly move for the Court's approval of the Proposed Stipulated Protective Order which is filed herewith.

Upon the allowance of this motion and the entry of the Proposed Stipulated Protective Order as an order of the Court, the plaintiffs' Motion for Order Compelling Disclosure of Records (P #60) shall be deemed withdrawn.

s/ Joseph J. Balliro, Jr.\_\_\_\_
Joseph J. Balliro, Jr.
Attorney for the Plaintiffs
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442
BBO #550194


s/ Ronald F. Kehoe_____
Ronald F. Kehoe
Assistant Attorney General
Attorney for the Defendants
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext. 2619
BBO# 264260

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on all counsel of record by electronically mailing a copy thereof via ECF.

\_\_s/ Ronald F. Kehoe_____


Dated: March 24, 2008