UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                       )
WILLIAM MOSHER, Administrator of       )
the estate of William Mosher, Jr.      )
et al                                  )   C.A. 04-12560-MLW
                                       )
                                       )
        Plaintiffs                     )
v.                                     )
                                       )
KENNETH NELSON, individually and as    )
Superintendent of the Bridgewater      )
State Hospital, et als,                )
                                       )
        Defendants                     )
_____)
```

## PROPOSED STIPULATED PROTECTIVE ORDER

Whereas, the documents specified herein are highly confidential and sensitive in nature, they shall be produced by the defendants to the plaintiffs in this action only upon the conditions specified herein. The parties therefore stipulate and agree as follows, subject to the approval of the Court:

1. This stipulated protective order applies to the following documents ("the confidential documents"):

- Quality Assurance Mortality Review dated September 23, 2004 regarding the death of William Mosher.

- 103 DOC 622, Death Procedures of the Massachusetts Department of Correction, September 18, 2003.

- Bridgewater State Hospital site-specific procedures adopted pursuant to 103 DOC 622, December 5, 2003.

- 103 DOC 501, Emergency Response Procedures in effect on August 28, 2004.

2.   The confidential documents constitute or reveal institutional procedures relating to the safety or security of the Department of Correction and/or Bridgewater State Hospital, and are not for public access. The material contained in the confidential documents is highly sensitive in nature, and its disclosure to the public could threaten the safety and security of the Department of Correction and/or Bridgewater State Hospital, or affect their operations.

3.   The confidential documents shall not be disclosed to anyone except the following persons:

    (a)   the defendants;

    (b)   the plaintiffs' attorney of record in this action, experts retained by the plaintiffs to assist or testify herein, and persons employed in the plaintiffs' attorney's office, provided that such persons are not former Bridgewater State Hospital patients or Department of Correction

inmates, or personally associated with present or former patients or inmates;

(c) deposition reporters in the course of their work in this action; and

(d) court personnel in the course of their work in this action.

The persons listed above are prohibited from disclosing the terms of the confidential documents to anyone not listed above.

4. Plaintiffs' counsel may file pleadings, motions and oppositions to motions in this action which contain information derived from the confidential documents, and may attach portions of the confidential documents thereto, provided that such filings may only be made under seal.

5. Upon termination of this action, whether by settlement, dismissal or other disposition, originals and all copies of the confidential documents shall be returned to defendants' counsel, Assistant Attorney General Ronald F. Kehoe, Office of the Attorney General, One Ashburton Place, Boston, MA 02108.

6. This Stipulated Protective Order shall be effective and binding on the parties as of the date on which the Court endorses its approval of this Order.

s/ Joseph J. Balliro, Jr.\_\_\_\_
Joseph J. Balliro, Jr.
Attorney for the Plaintiffs
99 Summer Street, Suite 1800
Boston, MA 02110
(617) 737-8442
BBO #550194


s/ Ronald F. Kehoe_____
Ronald F. Kehoe
Assistant Attorney General
Attorney for the Defendants
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext. 2619
BBO# 264260

## ORDER OF THE COURT

The foregoing Stipulated Protective Order is approved and shall be entered as an order of the court.

                                    s/ Mark L. Wolf_____
                                    United States District Judge

Dated: