UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                          )
WILLIAM MOSHER, ADMINISTRATOR of          )
The estate of WILLIAM MOSHER, JR.,        )
CAROLYN MOSHER, BRANDON MOSHER,           )
KACIE MOSHER AND KORTNEY MOSHER,          )
                                          )
             Plaintiffs                   )      04-12560-MLW
                                          )
vs.                                       )
                                          )
KENNETH NELSON, INDIVIDUALLY AND          )
AS SUPERINTENDENT OF BRIDGEWATER          )
STATE HOSPITAL, BRIDGEWATER STATE         )
HOSPITAL, KATHLEEN M. DENNEHY,            )
INDIVIDUALLY AND AS COMMISSIONER          )
OF THE COMMONWEALTH OF                    )
MASSACHUSETTS DEPARTMENT OF               )
CORRECTION, THE COMMONWEALTH OF           )
MASSACHUSETTS DEPARTMENT OF               )
CORRECTION, AND ELIZABETH CHILDS,         )
INDIVIDUALLY AND AS COMMISSIONER          )
OF THE COMMONWEALTH OF                    )
MASSACHUSETTS DEPARTMENT                  )
OF MENTAL HEALTH                          )
                                          )
             Defendants                   )
_____)
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants, Kenneth Nelson, Individually and as Superintendent of Bridgewater State Hospital, Bridgewater State Hospital, Kathleen M. Dennehy, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Correction, the Commonwealth of Massachusetts Department of Correction, and Elizabeth Childs, Individually and as Commissioner of the Commonwealth of Massachusetts Department of Mental Health in the above Entitled Case.

Respectfully submitted,
KENNETH NELSON, INDIVIDUALLY
AND AS SUPERINTENDENT OF
BRIDGEWATER STATE HOSPITAL,
BRIDGEWATER STATE HOSPITAL,
KATHLEEN M. DENNEHY,
INDIVIDUALLY AND AS
COMMISSIONER OF THE
COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
CORRECTION, THE COMMONWEALTH
OF MASSACHUSETTS DEPARTMENT
OF CORRECTION, AND ELIZABETH
CHILDS, INDIVIDUALLY AND AS
COMMISSIONER OF THE
COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
MENTAL HEALTH

By their attorneys,

MARTHA COAKLEY
ATTORNEY GENERAL


s/Daniel G. Cromack_____
Daniel G. Cromack (BBO#652252)
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext. 2573

April 8, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Daniel G. Cromack
Daniel G. Cromack
Assistant Attorney General