UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER,<br><br>        Plaintiffs,<br><br>v.<br><br>KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, and KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION,<br><br>        Defendants. | CIVIL ACTION<br>NO. 04-12560-MLW |

## ASSENTED-TO MOTION FOR LEAVE TO FILE A BRIEF IN EXCESS OF 20 PAGES

   The defendants move for leave to file a Memorandum that exceeds 20 pages in support of their motion for partial summary judgment. The Court should allow this motion because:

   1.  There are three defendants sued in their individual and official capacities. This means there are six defendants, since suing an official in their official capacity is the equivalent of suing the state agency they headed, not the individual. *Will v. Michigan Dept. of State Police*, 491 U.S. 58, 70-71 (1989). Rather than submit as many as 6 separate memoranda that would be less than 20 pages each, these defendants will submit a single memorandum that will exceed the limit by less than five pages.

   2.  Defendants' memorandum addresses complex issues of constitutional law, and filing a memorandum that exceeds 20 pages will assist the Court in deciding the issues raised

therein, while avoiding the repetition that would be required if they submitted 6 separate memoranda.

    3.    The plaintiffs have assented to this motion and will not be prejudiced if it is allowed.

For the foregoing reasons, the Court should allow the defendants to file a Memorandum that exceeds 20 pages in support of their motion for partial summary judgment.

    Respectfully submitted,

    KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF MENTAL HEALTH, AND KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION

    By their attorneys,

    MARTHA COAKLEY
    ATTORNEY GENERAL

    s/Daniel G. Cromack_____
    Ronald F. Kehoe (BBO# 264260)
    Daniel G. Cromack (BBO#652252)
    Assistant Attorneys General
    Government Bureau/Trial Division
    One Ashburton Place, Room 1813
    Boston, MA 02108
    (617) 727-2200

August 15, 2008

## L.R. 7.1 Certification

On August 15, 2008, I spoke with plaintiffs' counsel, Joe Balliro, Jr., and he assented to this motion.

    /s/ Daniel G. Cromack
    Daniel G. Cromack

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

      /s/ Daniel G. Cromack
      Daniel G. Cromack
      Assistant Attorney General