UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM MOSHER, Individually and as administrator of the Estate of WILLIAM MOSHER, JR., CAROLYN MOSHER,<br><br>       Plaintiffs,<br><br>v.<br><br>KENNETH NELSON, Individually and as Superintendent of BRIDGEWATER STATE HOSPITAL, ELIZABETH CHILDS, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF PUBLIC HEALTH, and KATHLEEN M. DENNEHY, Individually and as Commissioner of the COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF CORRECTION,<br><br>       Defendants. | CIVIL ACTION<br>NO. 04-12560-MLW |

## <u>AFFIDAVIT OF KENNETH W. NELSON</u>

I, Kenneth W. Nelson, hereby depose and state as follows:

1.  I am an Assistant Deputy Commissioner for the Massachusetts Department of Correction ("DOC"). Prior to that, I served as Superintendent of Bridgewater State Hospital ("BSH") from 1994 until April 2007. I have been employed by the DOC continuously since November 1976. I am a defendant in this litigation and am familiar with the allegations made by the plaintiffs.

2.  Prior to the August 28, 2004 incident giving rise to this litigation, no patient had killed another patient at BSH during my tenure at DOC, and I was not aware of any such incident occurring prior to my tenure at DOC.

3.      DOC conducted an analysis of the staffing needs for BSH in 2000, resulting in a March 13, 2000 memorandum titled "Bridgewater State Hospital Staffing Analysis."  A copy of this memorandum is attached as Exhibit A.  Although I did not conduct this analysis, I was familiar with it and the staffing levels it recommended because they were used as a baseline for setting staffing levels at BSH, including during August 2004, although staffing levels at a particular time might vary due to a number of factors.

4.      That staffing analysis recommends that one Sergeant and two Correctional Officers be assigned to the Max 2 unit during the 7 a.m. to 3 p.m. shift.

5.      BSH keeps a daily staff roster that shows all of the staff assigned to work on each unit during each shift, as well as those who were absent due to vacation, sick or other leave. When I was Superintendent of BSH, I would review the staff roster almost every day at work, usually within the first hour of the day, to monitor staffing levels.  A copy of the staff roster from August 28, 2004 is attached as Exhibit B.

6.      The staff roster indicates that one Sergeant and three Correctional Officers were assigned to the Max 2 unit on that date.


Signed under the pains and penalties of perjury this 15th day of August, 2008.


s/Kenneth W. Nelson (signature on file)     
KENNETH W. NELSON

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


                /s/ Daniel G. Cromack_____
                Daniel G. Cromack
                Assistant Attorney General





*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*50 Maple Street, Suite 3*
*Milford, Massachusetts 01757-3698*
*(508) 422-3300*
*www.state.ma.us/doc*

**Argeo Paul Cellucci**
*Governor*

**Jane Swift**
*Lieutenant Governor*

**Jane Perlov**
*Secretary*

**Michael T. Maloney**
*Commissioner*

**Kathleen M. Dennehy**
*Deputy Commissioner*

TO:           Kathleen Dennehy, Deputy Commissioner

FROM:      James A. Perkins, Director

RE:           Bridgewater State Hospital Staffing Analysis

DATE:      March 13, 2000

On February 16, 17, and 18, 2000, Colleen O'Brien and myself conducted a complete staffing analysis at the Bridgewater State Hospital. I have prepared the results utilizing two sets of relief factors: 1.7, 1.2; and 1.9, 1.4.

- The Bridgewater State Hospital utilizes a large number of correctional officers to operate each day.

- The 1.7, 1.2 results indicate that BSH would require 285 FTE's to operate the facility. This total is 29 positions less than what the weekly FTE status report indicates (314).

- The minimum end housing units are staffed with 3 correction officers on each unit (7x3 and 3x11), with the exception of B-1, and C-2. B-1 is staffed with 4 correction officers on the unit (7x3 and 3x11). C-2, which is the cadre unit, is staffed with one correction officer (7x3, 3x11).

- The maximum end housing units are staffed with 3 correctional officers (7x3, 3x11).

- The intensive treatment unit is staffed with 5 correctional officers (7x3, 3x11) and 3 correctional officers on the 11x7 shift. Staffing patterns in the "ITU" are governed by a December 1987 Superior Court Settlement Agreement.

- Other than the housing units, BSH security staffing is similar or comparable to traditional patterns with the exception of the visiting room. The visiting room is currently staff with only one correction officer. This analysis added one correction officer to the visiting room.

- The auditors also suggest utilizing a 1 p.m. to 9 p.m. shift to operate the visiting room to reduce the overall number of staff needed to run visits.

- The 11x7 shift currently requires 27 posts 7 days a week. 1 captain, 2 lieutenants, 5 sergeants and 19 correctional officers. Current operations require 3 officers to conduct 30 minute rounds in each minimum housing unit with the exception of B-1, (B-1 requires 4 officers). The minimum end officers are supervised by one sergeant.

- The maximum requires 2 officer to conduct 30 minute rounds. The maximum end and the medical units, (Med. West, Infirmary) are also supervised by one sergeant.

- Close observation status ("COS") appears to impact staffing on all shifts. "COS" is the observation of designated inmates every 15 minutes.

- The 1.9, 1.4 results indicate that BSH would require 313 FTE's to operate the facility. This total is 1 position less than what the facility is currently operating with. Based on the current operations and the estimated average number of actual work days per employee per year, (184) it could be difficult to operate at 313.

JF/eg

cc:    Michael T. Maloney, Commissioner
        Ernest Vandergriff, Chief of Staff
        Paul Murphy, Assistant Deputy Commissioner
        Kenneth Nelson, Superintendent

# POSITIONS NEEDED
# WORKSHEET

PDCU

| | | |
|---|---|---|
| **SUBMITTED BY:** | James A. Ferreira, Director | **Bridgewater State Hospital** |
| | | INSTITUTION/DIVISION |
| **PREPARED BY:** | James A. Ferreira, Director, PDCU | **March 13, 2000** |
| | NAME/TITLE | DATE |

**CORRECTION OFFICER I**

| | | | |
|---|---|---|---|
| 5 - DAY POSTS 18 | X 1.40 | = | 25.2 |
| 7 - DAY POSTS 83 | X 1.90 | = | 157.7 |
| (Not Relieved) 5 - DAY POSTS 7 | | = | 7 |
| | Total | = | 189.9 |

**CORRECTION OFFICER II**

| | | | |
|---|---|---|---|
| 5 - DAY POSTS 1 | X 1.40 | = | 1.4 |
| 7 - DAY POSTS 25 | X 1.90 | = | 47.5 |
| (Not Relieved) 5 - DAY POSTS 4 | | = | 4 |
| | Total | = | 52.9 |

**CORRECTION OFFICER III**

| | | | |
|---|---|---|---|
| 5 - DAY POSTS 0 | X 1.40 | = | 0 |
| 7 - DAY POSTS 8 | X 1.90 | = | 15.2 |
| (Not Relieved) 5 - DAY POSTS 2 | | = | 2 |
| | Total | = | 17.2 |

**CAPTAIN PROGRAM MANAGER IV**

| | | | |
|---|---|---|---|
| 5 - DAY POSTS 0 | X 1.40 | = | 0 |
| 7 - DAY POSTS 3 | X 1.90 | = | 5.7 |
| (Not Relieved) 5 - DAY POSTS 1 | | = | 1 |
| | Total | = | 6.7 |

| | | | |
|---|---|---|---|
| **CORRECTION OFFICER I** | (Correction Officer) | = | 189.9 |
| **CORRECTION OFFICER II** | (Sergeant) | = | 52.9 |
| **CORRECTION OFFICER III** | (Lieutenant) | = | 17.2 |
| **PROGRAM MANAGER IV** | (Captain) | = | 6.7 |
| | **TOTAL** | = | 266.7 |

# POSITIONS NEEDED
# WORKSHEET

**SUBMITTED BY:**    James A. Ferreira, Director        Bridgewater State Hospital

INSTITUTION/DIVISION

**PREPARED BY:**    James A. Ferreira, Director, PDCU      March 13, 2000

NAME/TITLE              DATE

**CORRECTION OFFICER I**

| | | |
|---|---|---|
| 5 - DAY POSTS __18__ | X 1.20 | = __21.6__ |
| 7 - DAY POSTS __83__ | X 1.70 | = __141.1__ |
| (Not Relieved) 5 - DAY POSTS __7__ | | = __7__ |
| | Total | = __169.7__ |

**CORRECTION OFFICER II**

| | | |
|---|---|---|
| 5 - DAY POSTS __1__ | X 1.20 | = __1.2__ |
| 7 - DAY POSTS __25__ | X 1.70 | = __42.5__ |
| (Not Relieved) 5 - DAY POSTS __4__ | | = __4__ |
| | Total | = __47.7__ |

**CORRECTION OFFICER III**

| | | |
|---|---|---|
| 5 - DAY POSTS __0__ | X 1.20 | = __0__ |
| 7 - DAY POSTS __8__ | X 1.70 | = __13.6__ |
| (Not Relieved) 5 - DAY POSTS __2__ | | = __2__ |
| | Total | = __15.6__ |

**CAPTAIN PROGRAM MANAGER IV**

| | | |
|---|---|---|
| 5 - DAY POSTS __0__ | X 1.20 | = __0__ |
| 7 - DAY POSTS __3__ | X 1.70 | = __5.1__ |
| (Not Relieved) 5 - DAY POSTS __1__ | | = __1__ |
| | Total | = __6.1__ |

| | | | |
|---|---|---|---|
| **CORRECTION OFFICER I** | (Correction Officer) | = | __169.7__ |
| **CORRECTION OFFICER II** | (Sergeant) | = | __47.7__ |
| **CORRECTION OFFICER III** | (Lieutenant) | = | __15.6__ |
| **PROGRAM MANAGER IV** | (Captain) | = | __6.1__ |
| | **TOTAL** | = | __239.1__ |

# WORKSHEET

| RANK: | Captains | | | | | | | | | | | | | PAGE OF PAGES | 1 —— 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| POST DESCRIPTION | LOCATION | 6 X 2 | | 7 X 3 | | 8 X 4 | | 1 X 9 | | 3 X 11 | | 11 X 7 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 |
| Shift Commander | | | | | 1 | | | | | | 1 | | 1 | | 3 |
| *Investigation | | | | | | 1 | | | | | | | | 1 | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Total | | | | | | | | | | | | | 1 | 3 |

*= Posts not relieved.

# WORKSHEET

| RANK: | Lieutenant | | | | | | | | | | | | | | | PAGE OF PAGES | 1 / 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| POST DESCRIPTION | LOCATION | 6 X 2 | | 7 X 3 | | 8 X 4 | | 1 X 9 | | 3 X 11 | | 11 X 7 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 |
| *Training | | | | | | 1 | | | | | | | | 1 | |
| Sector 1 | | | | 1 | | | | | | 1 | | 1 | | | 3 |
| Sector 2 | | | | 1 | | | | | | 1 | | | | | 2 |
| Ad Lieutenant | | | | 1 | | | | | | 1 | | 1 | | | 3 |
| *OPS | | | | | | 1 | | | | | | | | 1 | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Total | | | | | | | | | | | | | 2 | 8 |

*= Posts not relieved.

# WORKSHEET

| RANK: | Sergeant | | | PAGE OF PAGES | 1 / 1 |
|---|---|---|---|---|---|

| POST DESCRIPTION | LOCATION | 6 X 2 — 5 | 6 X 2 — 7 | 7 X 3 — 5 | 7 X 3 — 7 | 8 X 4 — 5 | 8 X 4 — 7 | 1 X 9 — 5 | 1 X 9 — 7 | 3 X 11 — 5 | 3 X 11 — 7 | 11 X 7 — 5 | 11 X 7 — 7 | TOTAL — 5 | TOTAL — 7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Housing A-1 | A-1/A-2 | | | | 1 | | | | | | 1 | | | | 2 |
| Housing | | | | | | | | | | | | | | | |
| Housing | B-1/B-2 | | | | 1 | | | | | | 1 | | | | 2 |
| Housing | | | | | | | | | | | | | | | |
| Housing | C-1/C-2 | | | | 1 | | | | | | 1 | | | | 2 |
| Housing | Max-1 | | | | 1 | | | | | | 1 | | | | 2 |
| Housing | Max-2 | | | | 1 | | | | | | 1 | | | | 2 |
| Housing | Infirmary/Med-West | | | | 1 | | | | | | 1 | | | | 2 |
| Front Control | | | | | 1 | | | | | | 1 | | 1 | | 3 |
| *Fire Safety | N/A | | | | | 1 | | | | | | | | 1 | |
| Commons | Commons | | | | 1 | | | | | | 1 | | | | 2 |
| *OPS | OPS | | | | | 1 | | | | | | | | 1 | |
| Control Center | Lt. Office | | | | 1 | | | | | | 1 | | 1 | | 3 |
| Housing | ITU | | | | 1 | | | | | | 1 | | 1 | | 3 |
| *IPS | IPS | 2 | | | | | | | | | | | | 2 | |
| Vehicle Trap | Vehicle Trap | 1 | | | | | | | | | | | | 1 | |
| Yard Sgt. | Yard | | | | | | | | | | | | 1 | | 1 |
| Medical Sgt. | Medical | | | | | | | | | | | | 1 | | 1 |
| | Total | | | | | | | | | | | | | 5 | 25 |

*= Posts not relieved.

# WORKSHEET

| RANK: | Correctional Officer | | | | | | | | | PAGE OF PAGES | 1 —— 2 |

| POST DESCRIPTION | LOCATION | 6 X 2 | | 7 X 3 | | 8 X 4 | | 1 X 9 | | 3 X 11 | | 11 X 7 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 |
| Housing | A-1 | | | 2 | | | | | | 2 | | 1 | | 5 | |
| Housing | A-2 | | | 3 | | | | | | 3 | | 1 | | 7 | |
| Housing | B-1 | | | 3 | | | | | | 3 | | 2 | | 8 | |
| Housing | B-2 | | | 3 | | | | | | 3 | | 1 | | 7 | |
| Housing | C-1 | | | 2 | | | | | | 2 | | 1 | | 5 | |
| Housing | C-2 | | | 1 | | | | | | 1 | | 1 | | 3 | |
| Housing | Max 1 | | | 2 | | | | | | 2 | | 2 | | 6 | |
| Housing | Max 2 | | | 2 | | | | | | 2 | | 1 | | 5 | |
| Housing | Med-West | | | 1 | | | | | | 1 | | 1 | | 3 | |
| Housing | Infirmary | | | 1 | | | | | | 1 | | 1 | | 3 | |
| Housing | ITU | | | 4 | | | | | | 4 | | 2 | | 10 | |
| Mail | Mail | | | 1 | | | | | | | | | | 1 | |
| *IPS | IPS | 3 | | | | 1 | | | | | | 4 | | | |
| Vehicle Tower | Vehicle Tower | | | 1 | | | | | | 1 | | 1 | | 3 | |
| Vehicle Trap | Vehicle Trap | 1 | | | | | | | | | | | | 1 | |
| Property | Property | 1 | | | | | | | | | | | | 1 | |
| Storeroom | Storeroom | 1 | | | | | | | | | | | | 1 | |
| Kitchen | Kitchen | | | 1 | | | | 1 | | | | | | 2 | |
| Patrol | Patrol | | | 1 | | | | | | 1 | | 1 | | 3 | |
| Rear Control | Rear Control | | | 1 | | | | | | 1 | | | | 2 | |
| Front Control | Front Control | | | 2 | | | | | | 2 | | 1 | | 5 | |
| *Armorer | Armorer | 1 | | | | | | | | | | | | 1 | |
| Visits | Visiting Room | | | 2 | | | | | | 2 | | | | 4 | |
| | Total | | | | | | | | | | | 12 | | 78 | |

*= Posts not relieved.

# WORKSHEET

| RANK: | Correctional Officer | | | | | | | | | | | | | | PAGE OF PAGES | | 2 ⎯⎯ 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| POST DESCRIPTION | LOCATION | 6 X 2 | | 7 X 3 | | 8 X 4 | | 1 X 9 | | 3 X 11 | | 11 X 7 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 | 5 | 7 |
| *Tool | Tool | | | 1 | | | | | | | | | | 1 | |
| *Locksmith | Locksmith | | | 1 | | | | | | | | | | 1 | |
| Post # 1 | Main Yard | | | | 1 | | | | | | 1 | | | | 2 |
| Min-Mod | Min-Mod | | | 1 | | | | | | 1 | | | | 2 | |
| Admissions | Admissions | | | 1 | | | | | | 1 | | | | 2 | |
| K-9 | Complex | | | | | | | | | 1 | | | | 1 | |
| ID | ID | | | 1 | | | | | | | | | | 1 | |
| Trip 1 | Trip 1 | | | | | | | | | | | 1 | | | 1 |
| A/B/C Trip | ABC Trip | | | | | | | | | | | 2 | | | 2 |
| Grounds | Grounds | | | 1 | | | | | | | | | | 1 | |
| Transpo | Transpo | | | 2 | | | | | | 2 | | | | 4 | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Total | | | | | | | | | | | | | 13 | 5 |

*= Posts not relieved.

# CURRENT FULL-TIME FTE'S

| | |
|---|---|
| Word Processing Operator I | 5 |
| Clerk IV | 2 |
| Medical Records Librarian | 1 |
| Correction Maintenance Worker I | 1 |
| Correction Maintenance Worker II | 4 |
| Industrial Instructor I | 3 |
| Correction Officer I | 209 |
| Correction Maintenance Worker III | 2 |
| Recreation Officer I | 3 |
| Industrial Instructor II | 1 |
| Correction Maintenance Worker IV | 5 |
| Correction Officer II | 37 |
| Recreation Officer II | 1 |
| Correction Officer III | 16 |
| Administrative Assistant I | 1 |
| Administrative Assistant II | 1 |
| Correctional Program Officer I | 6 |
| Correctional Program Officer III | 3 |
| Librarian I | 1 |
| Administrator III | 1 |
| Program Manager IV | 6 |
| Program Manager V | 1 |
| Program Manager VII | 1 |
| Program Manager VIII | 2 |
| Program Manager VIX | 1 |
| TOTAL | 314.0 |
| Utilizing the 1.7/1.2 relief factor positions | 285.0 |
| Utilizing the 1.9/1.4 relief factor positions | 313.0 |

**Bridgewater State Hospital**

## Weekly FTE Status Report (3/4/2000)

| Title | Authorized Level | FTE Count | LA | LNP SN | Vacant |
|---|---|---|---|---|---|
| Word Processing Operator I | 5 | 5 | | | - |
| Clerk IV | 2 | 2 | | | - |
| Medical Records Librarian | 0 | 1 | | | (1.00) |
| Correction Maintenance Worker I | 0 | 1 | | | (1.00) |
| Correction Maintenance Worker II | 0 | 4 | | | (4.00) |
| Industrial Instructor I | 3 | 3 | | | - |
| Correction Officer I | 202 | 208 | 25 | 2 | (6.00) |
| Correction Maintenance Worker III | 3 | 2 | | | 1.00 |
| Recreation Officer I | 3 | 3 | | | - |
| Industrial Instructor II | 0 | 1 | | | (1.00) |
| Correction Maintenance Worker IV | 4 | 5 | | | (1.00) |
| Correction Officer II | 36 | 37 | 4 | | (1.00) |
| Recreation Officer II | 1 | 1 | | | - |
| Correction Officer III | 17 | 16 | | | 1.00 |
| Administrative Assistant I | 1 | 1 | | | - |
| Administrative Assistant II | 1 | 1 | | | - |
| Correctional Program Officer I | 5 | 6 | | | (1.00) |
| Correctional Program Officer III | 3 | 3 | | | - |
| Librarian I | 1 | 1 | | | - |
| Administrator III | 1 | 1 | | | - |
| Program Manager IV | 6 | 6 | | | - |
| Program Manager V | 2 | 1 | | | 1.00 |
| Program Manager VII | 1 | 1 | | | - |
| Program Manager VIII | 2 | 2 | | | - |
| Program Manager IX | 1 | 1 | | | - |
| **Total:** | 300.00 | 313.00 | 29.00 | 2.00 | (13.00) |
| **Pool Positions:** | 10.00 | | | | |

## Additions / Deletions

| | |
|---|---|
| David Hockey | Transfer Out / OCCC |
| | |
| | |
| | |

## Weekly Overtime Status Report

| Week Ending | Weekly Authorized | Hours Used | Remaining Hours | Average Needed |
|---|---|---|---|---|
| 3-Jul-99 | 48.00 | 119.75 | 5,862.75 | 113.69 |
| 10-Jul-99 | 114.50 | 123.50 | 5,739.25 | 113.49 |
| 17-Jul-99 | 114.50 | 125.25 | 5,614.00 | 113.25 |
| 24-Jul-99 | 114.50 | 266.75 | 5,347.25 | 110.09 |
| 31-Jul-99 | 114.50 | 176.25 | 5,171.00 | 108.70 |
| 7-Aug-99 | 114.50 | 267.25 | 4,903.75 | 105.30 |
| 14-Aug-99 | 114.50 | 115.00 | 4,788.75 | 105.09 |
| 21-Aug-99 | 114.50 | 89.75 | 4,699.00 | 105.43 |
| 28-Aug-99 | 114.50 | 64.75 | 4,634.25 | 106.36 |
| 4-Sep-99 | 114.50 | 65.38 | 4,568.88 | 107.33 |
| 11-Sep-99 | 114.50 | 78.50 | 4,490.38 | 108.02 |
| 18-Sep-99 | 114.50 | 154.25 | 4,336.13 | 106.88 |
| 25-Sep-99 | 114.50 | 113.75 | 4,222.38 | 106.71 |
| 2-Oct-99 | 114.50 | 210.00 | 4,012.38 | 104.03 |
| 9-Oct-99 | 114.50 | 145.00 | 3,867.38 | 102.94 |
| 16-Oct-99 | 114.50 | 181.50 | 3,685.88 | 100.79 |
| 23-Oct-99 | 114.50 | 243.25 | 3,442.63 | 96.78 |
| 30-Oct-99 | 114.50 | 94.25 | 3,348.38 | 96.86 |
| 6-Nov-99 | 114.50 | 95.50 | 3,252.88 | 96.90 |
| 13-Nov-99 | 114.50 | 93.50 | 3,159.38 | 97.00 |
| 20-Nov-99 | 114.50 | 111.25 | 3,048.13 | 96.55 |
| 27-Nov-99 | 114.50 | 125.50 | 2,922.63 | 95.60 |
| 4-Dec-99 | 114.50 | 81.50 | 2,841.13 | 96.08 |
| 11-Dec-99 | 114.50 | 116.75 | 2,724.38 | 95.36 |
| 18-Dec-99 | 114.50 | 45.50 | 2,678.88 | 97.17 |
| 25-Dec-99 | 114.50 | 57.00 | 2,621.88 | 98.68 |
| 1-Jan-00 | 114.50 | 99.00 | 2,522.88 | 98.67 |
| 8-Jan-00 | 114.50 | 61.25 | 2,461.63 | 100.19 |
| 15-Jan-00 | 114.50 | 79.75 | 2,381.88 | 101.06 |
| 22-Jan-00 | 114.50 | 104.75 | 2,277.13 | 100.89 |
| 29-Jan-00 | 114.50 | 347.25 | 1,929.88 | 89.47 |
| 5-Feb-00 | 114.50 | 124.75 | 1,805.13 | 87.76 |
| 12-Feb-00 | 114.50 | 50.00 | 1,755.13 | 89.68 |
| 19-Feb-00 | 114.50 | 120.25 | 1,634.88 | 88.04 |
| 26-Feb-00 | 114.50 | 65.75 | 1,569.13 | 89.31 |
| 4-Mar-00 | 114.50 | 53.75 | 1,515.38 | 91.45 |
| 11-Mar-00 | 114.50 | 0.00 | 1,515.38 | 97.33 |
| 18-Mar-00 | 114.50 | 0.00 | 1,515.38 | 104.01 |
| 25-Mar-00 | 114.50 | 0.00 | 1,515.38 | 111.67 |
| 1-Apr-00 | 114.50 | 0.00 | 1,515.38 | 120.55 |
| 8-Apr-00 | 114.50 | 0.00 | 1,515.38 | 130.97 |
| 15-Apr-00 | 114.50 | 0.00 | 1,515.38 | 143.37 |
| 22-Apr-00 | 114.50 | 0.00 | 1,515.38 | 158.35 |
| 29-Apr-00 | 114.50 | 0.00 | 1,515.38 | 176.82 |
| 6-May-00 | 114.50 | 0.00 | 1,515.38 | 200.18 |
| 13-May-00 | 114.50 | 0.00 | 1,515.38 | 230.65 |
| 20-May-00 | 114.50 | 0.00 | 1,515.38 | 272.06 |
| 27-May-00 | 114.50 | 0.00 | 1,515.38 | 331.59 |
| 3-Jun-00 | 114.50 | 0.00 | 1,515.38 | 424.47 |
| 10-Jun-00 | 114.50 | 0.00 | 1,515.38 | 589.64 |
| 17-Jun-00 | 114.50 | 0.00 | 1,515.38 | 965.21 |
| 24-Jun-00 | 114.50 | 0.00 | 1,515.38 | 2,658.55 |
| 30-Jun-00 | 95.00 | 0.00 | 1,515.38 | |
| | 5,982.50 | 4,467.13 | | |

| BRIDGEWATER STATE HOSPITAL DAILY STAFF ROSTER | | | |
|---|---|---|---|
| DATE: AUG 28, 2004 | DAY: SATURDAY | | |
| ASSIGNMENT/POST: | 7 - 3 SHIFT | 3-11 SHIFT | 11-7 SHIFT |
| DIRECTOR OF SECURITY | | | |
| INVESTIGATIONS CAPT | | | |
| ADMINISTRATIVE CAPT | | | |
| UNIT TEAM CAPT | | | |
| RELIEF CAPT | | | |
| SHIFT COMMANDER | CAPT MCKENZIE 2/10/05 | (CAPT MCKENZIE 2/10/05OT) | LT. BARKSDALE 01-16-05 |
| CONTROL CENTER OIC | SGT BECKVOLD SWAP | SGT BECKVOLD 1/22/05 | SGT. WEAVER 12-16-04 |
| CONTROL CENTER/ASSIGN | BERARD 12/13/04 SWAP | LANGLEY 1/15/05 | E. SANTOS 01-12-05 |
| | | BERARD 12/13/04 | |
| | | | |
| SECTOR 1  LT (Escape pst Sup) | LT REGAN 2/12/05 | LT CROWLEY 1/22/05 /LT REGAN 2/1 | LT. CROWLY 01-22-05 (OT) |
| SECTOR 2  LT | LT STUDLEY 1/28/05 | LT MARSHALL 1/13/05 /LT STUDLEY 1/28/05 OT | |
| FRONT CONTROL OIC | SGT SANTOS P 1/21/05 | LT MONIZ 1/16/05 | WELLMAN 01-20-05 |
| PED TRAP CO (search 2) | FERRO 12/15/04 | THAYER 1/15/05 | ZAMORA 12-02-04 |
| FRONT CONTROL | PATTERSON 12/3/04 SWAP | GREEN 2/9/05 SWAP | |
| ARMORER | | | |
| VISITING ROOM OIC | | | |
| VISITING ROOM | | | |
| REAR CONTROL | REZENDES NQ | (RESENDES OT) | |
| PATROL SH117 | COUTO 1/29/05 | KELLEY 1/29/05 | |
| VEHICLE TRAP OIC | | | |
| VEHICLE TRAP TOWER | TAVARES 12/2/04 | LOPES 1/20/05 | |
| VEHICLE TRAP ESCORT | | | |
| OPERATIONS LT | | | |
| | | | |
| OPERATIONS CO | | | |
| IPS SGT | | | |
| IPS SGT | ENOS NQ | | |
| IPS SGT | | | |
| IPS | | | |
| IPS | | | |
| TOOL CONTROL | | | |
| LOCKSMITH | | | |
| FIRE/SAFETY | | | |
| MAIL | CARROLL S1/22/05 | | |
| TRAINING | | | |
| PROPERTY | | | |
| GROUNDS | | | |
| STOREROOM | | | |
| COMMONS OIC (Search TL) | SGT POH 2/17/05 | (SGT POH OT) | |
| KITCHEN | | | |
| A - 1   OIC | MCGAUGHRAN 1/30/05 | HARRIS 3/4/04 SWAP | P CABRAL 12-16-04 (OT) |
| A - 1   (Resp Esc 12 Comm Trp) | PROULX CO NQ | (CO D PROULX) | |
| A - 1 | | | |
| A - 1 | | | |
| A - 2   OIC | FIELDER 1/23/05 | BURGESS 1/27/05 | K BATES  12-02-04 (OT) |
| A - 2   (Esc 17 GYM) | MENKELLO 12/18/04 | MENKELLO 2/14/04 SWAP | |
| A - 2 | | | |
| A - 2 | | | |
| B - 1   OIC | SGT LEROY 2/23/05 SWAP | SGT CAMPBELL 12/16/04 | HOWARD 12-16-04 |
| B - 1   (Resp/Search 3) | MCMANUS R 2/10/05 | MEDEIROS NQ | |
| B - 1   (Esc 18) | DEMORANVILLE A 1/26/05 | MONTEIRO 12/17/04 | |
| B - 1   COS | PATNAUDE 1/21/05 | | MORUZZI 01-15-05 |
| B - 2   OIC | SGT FOLEY 1/28/05 | SGT LEROY 2/24/04 | KELLY 01-29-05 (OT) |
| B - 2   (Resp) | PRADO 12/18/04 | CABRAL,E 12/1/04 | |
| B - 2   (Esc 19 / Com Pav) | MOSCA 1/22/05 | CABRAL,P 12/19/04 | |
| B - 2 | | | |
| C - 1   OIC | SGT ORTEGA 1/30/05 | KINGMAN 1/21/05 | GOULET NQ |
| C - 1   (Esc 20 / Min Mod) | SWANSEY 1/20/05 | THOMAS,R 1/21/05 | |
| C - 1 | | | |
| C - 1 | | | |
| C - 2  OIC (Resp) | LAUBENSTEIN 1/22/05 SWAP | LAUBENSTEIN 1/22/05 | BRENNAN 01-13-05 |
| C - 2 | | | |
| MAX - 1   OIC | SGT DONNELLY S 1/30/05 | SGT WEAVER 1/28/04 | MEDEIROS NQ (OT) |
| MAX - 1 (Responder/search 4) | ONEIL 1/26/05 | BATES K 12/2/04 | |
| MAX - 1   (Esc 21) | CORLISS 1/30/05 | M.O'NEIL 1/26/05 SWAP | |
| MAX - 1 (STS/Overflow) | | | |
| MAX - 2   OIC | SGT REDDY 1/27/05 | SGT HAYES 12/3/04 | PATTERSON 12-03-04 |
| MAX - 2   (Responder) | MACHADO 12/16/04 SWAP | SGT ACKAH 1/22/05 SWAP | BABIN 12-16-04 |
| MAX - 2   (Esc 22) | KAETERLE 1/15/05 | T WHITE 1/23/05 /SANBORN 12/2/04 | |
| MAX - 2 (STS/Overflow) | STANLEY 1/20/05 | ROBLES 1/13/05 /HEMERSEN 12/18/05 | |
| POST 1 | DOLLOFF 2/9/05 | (DOLLOF OT) | |
| M-West OIC (Resp 1+2) | SWAIN NQ | CUMMINGS NQ | |
| MED - WEST | | | CUMMINGS NQ (OT) |
| MED - WEST | | | |
| MED - WEST | | | |
| INFIRMARY OIC | CENTEIO 2/13/05 | HEALEY 12/3/04 | TALBOT 01-13-05 |
| CLINIC | | | |
| ITU   OIC | SGT DONNELLY J 1/28/05 | SGT BUSCH 1/26/05 | SGT. MILLIGAN 04-15-05 |
| ITU   (Resp / Esc 23) | PUFFER 2/12/05 | FERREIRA 12/17/04 | PIMENTAL 01-20-05 |
| ITU | DEMARANVILLE L 1/30/05 | LEPAGE 12/2/04 | SCANLAN 01-14-05 |
| ITU | GUILBEAULT 1/23/05 | K PROULX 12/18/04 SWAP | |
| ITU | GREEN 2/9/05 | | |
| ADMISSIONS | | | |
| Yrd Sgt / 11-7 Shift(Search Tx Leader) | | | |
| MEDICAL SGT / 11-7 Shift | | | SEAMANS 01-14-05 (SW) |
| TRIP 1 (11-7 responder Esc 11) | | | BEAUPARLAND 12-01-04 |
| ABC TRIP 11-7 Shift resp - A | | | PROULX 12-18-04 |
| ABC TRIP 11-7 Shift resp - C | | | DELEO 01-13-05 |

| SPECIAL DETAILS | SPECIAL DETAILS | SPECIAL DETAILS |
|---|---|---|
| | 8 | DREWNIAK 12-01-04 |
| TRASH DETAIL | FERRO 12/15/04 SWAP BROCKTON | FARIA 12-15-04 |
| HARRIS 1/27/05 | (SWANSEY OT BROCKTON | |
| | SWAIN NQ SWAP INTERVIEW | |
| | MACHADO 1/20/04 INTERVIEW | |
| | (SGT REDDY OT) INTERVIEW | |
| | (KAETERLE OT) INTERVIEW | |
| | (STANLEY OT) INTERVIEW | |
| TRAINING | (PUFFER OT) INTERVIEW | |
| | | |
| | TRAINING | |
| | 1 | |
| | SGT FREITAS 1/26/05 TRT | |
| | SWAPS | SWAPS |
| | 9 | SEAMANS / KASPER |
| | | ROBERIO / SGT.WEAVER |
| SWAPS | SWAPS | |
| PATTERSON/ALPHONSE | HARRIS/RESENDES 12/1/04 | |
| LAUBENSTEIN/ANDRADE D | MENKELLO/SGT KOONTZ 1/20/05 | |
| SGT LEROY/BAKER | K PROULX/BERNARDO | |
| BERARD/MARCOTTE | GREEN/SMITH,H,K 12/17/04 | |
| MACHADO/STEEN | SGT ACKAH/LABOSSIERE 1/12/05 | |
| SGT BECKVOLD/SGT FERREIRA | SWAIN/MINER 1/21/05 | |
| | FERRO/DEFEO 12/15/04 | |
| | M.O'NEIL/SCHOFIELD 1/12/05 | |
| | | |
| | SICK OR EXT SICK | |
| | 11 | |
| | LT THOMAS 2/10/05 | |
| SICK OR EXT SICK | BILLADEAU 1/26/05 | SICK OR EXT SICK |
| CAPT WALSH NQ | M SMITH NQ | SHURTLEFF - FMLA |
| SGT SILVIA 2/9/05 | BEATRICE 1/16/05 | MOORE |
| LARIVIERE 2/11/05 | SITLER 1/23/05 | FARRIS |
| FORTES 1/13/05 | CARLSON 1/21/05 | R SANTOS |
| FERNANDES 12/3/04 | CHMIEL 12/4/04 | POPE |
| | NELSON 12/15/04 | |
| | BAPTISTA 1/14/05 | |
| | GRACIA 1/22/05 | |
| | MALONEY NQ | |
| | | |
| PERSONAL DAY | PERSONAL DAY (PER) | PERSONAL DAY |
| DONNELLY L 12/18/04 | YELLE 12/3/04 | KARPOWICH |
| | | |
| COMP DAY | | |
| SGT ACKAH 1/22/05 | | |
| | COMP DAY (CMT) | COMP DAY |
| | 0 | |
| | | |
| VACATION | | VACATION |
| MORRIS 2/13/05 | | ALMEIDA |
| HAWK 1/14/05 | VACATION (VAC) | SGT. DALEY |
| | 1 | |
| | SGT GOYETTE NQ | |
| | | |
| | | OTHER LEAVE |
| OTHER LEAVE | | FARIAS - SNP |
| HURLEY NQ-LWP | | |
| CASWELL D NQ-LWP | | |
| PIZZI NQ NOP | | |
| INDUSTRIAL ACCIDENT | OTHER LEAVE | INDUSTRIAL ACCIDENT |
| SGT MASON NQ | 0 | SGT. SWEENEY, P. |
| SGT PERRY NQ | | THIBEAULT |
| GINNETTY NQ | | SWEENEY, T. |
| GONSALVES JN NQ | INDUSTRIAL ACCIDENT | R. SANTOS |
| MACNEIL NQ | 16 | LT. WALL |
| MILLER NQ | SGT LITTLE NQ | MEDA - ILD |
| MOBARK NQ | SGT GONSLAVES NQ | |
| CAPT COUTURE NQ | RODRIQUEZ NQ | |
| SOARES NQ | SULLIVAN NQ | |
| SGT WALDRON 1/29/05 | TUBMAN NQ | |
| CABRAL A 1/23/05 | BARBETTO NQ | |
| SGT CHMEILEWSKI 12/4/04 | MCLEAN NQ | |
| CARDOZA 1/29/05 | SGT HUSSEY 1/28/05 | |
| SGT HILL 12/16/04 | COLLINS NQ | |
| ROSINHA 2/9/05 | BATES,B 1/16/05 | |
| BEAN 1/12/05 | LAWRENCE 1/14/05 | |
| SILVEIRA 1/21/05 | | |
| MCELROY 2/9/05 | | |

| | ON DAYS OFF | ON DAYS OFF | ON DAYS OFF |
|---|---|---|---|
| | CAPT CHARPENTER 2/10/05 | 11 | CAPT. DUBE |
| | CAPT COUTURE NQ | | LT. JOSEPH |
| | CAPT MCKENZIE 2/10/05 | CAPT BERNARD 1/29/05 | SGT. AHO |
| | CAPT WALSH NQ NQNQ | SGT OLIVEIRA 12/16/04 | SGT. JEAN |
| | LT CABRAL 12/15/04 | COSTA 12/1/04 | CONNOR |
| | LT FERRIE 1/28/05 | DESROSIERS 1/13/05 | COTE |
| | SGT FOLEY 1/27/05 | JENSEN 1/12/05 | EMERALD |
| | SGT HART 2/9/05 | MACOMBER 2/9/05 | MACHADO |
| | SGT HILL 12/16/04 | MENDONCA 1/15/05 | MCKNIGHT |
| | SGT HOLMES 1/30/05 | MILLS 12/4/04 | PIMENTAL |
| | SGT MASON NQ | PAVAO 1/19/05 | NEWTON |
| | SGT PERRY NQ | SHEPHERD 1/19/05 | SEAMANS |
| | SGT PIRES 2/12/05 | TIPPING 1/13/05 | SLOWIK |
| | SGT PROULX NQ | | VITAL |
| | SGT SANTOS D 12/5/04 | | |
| | SGT THRAN 1/28/05 | | |
| | ADAMO 1/28/05 | | |
| | AMORIM 12/16/04 | | 13 |
| | ANDRADE C NQ | | |
| | ANDRADE D 1/20/05 | | |
| | BERGERON NQ | ---SAT-SUN--- | |
| | BRETT 12/15/04 | 16 | |
| | CARROLL S 1/22/05 | SGT HALL 2/20/04 | |
| | CASWELL M 12/4/04 | SGT LAGUE NQ | |
| | DOWD 12/16/04 | ANDRADE,G NQ | |
| | ENOS NQ | BOUCHARD NQ | |
| | GRISWOLD 12/18/04 | DAVID DUFRESNE 1/27/05 | |
| | HAWK 1/14/05 | DUFRESNE DON 12/18/04 | |
| | LAPOINTE 12/5/04 | DUARTE 1/28/05 | |
| | LYONS 2/11/05 | HARDMON 1/27/05 | |
| | MARCOTTE 1/23/05 | JOHNSON 1/23/05 | |
| | MCGAUGHRAN 1/30/05 | KILCUP NQ | |
| | MELO 1/16/05 | MELLO 1/20/05 | |
| | MORRIS 2/13/05 | PLASKI 12/4/04 | |
| | MULCAHY 2/10/05 | SOUSA 3/04/04 | |
| | MURRAY NQ | TATE 12/5/04 | |
| | NIENTIMP NQ | VASCONCELLOS 1/23/05 | |
| | PATNAUDE 1/21/05 | SGT BROW 2/19/04 | |
| | QUIGLEY 1/23/05 | | |
| | REPOZA 1/12/05 | | |
| | REZENDES NQ | | |
| | TAVARES 12/2/04 | | |
| | WILBUR NQ | | |
| | | | |
| | PARTIAL TIME | PARTIAL TIME | PARTIAL TIME |
| | MCGAUGHRAN 4HRS VAC | | |

| RECAPITULATION | | 3-11 | 11-7 |
|---|---|---|---|
| SHIFT ALLOCATED POSITIONS | 114 | 92 | 50 |
| FACILITY ALLOCATED POSITIONS | | | |
| FILLED POSITIONS PER SHIFT | 114 | 92 | 50 |
| FACILITY FILLED POSITIONS | | | |
| VACATION | 2 | 1 | 2 |
| PERSONAL DAY | 1 | 1 | 1 |
| SICK LEAVE | 5 | 11 | 5 |
| BEREAVEMENT | 0 | 0 | 0 |
| MILITARY | 0 | 0 | 0 |
| HOLIDAY | 0 | 0 | 0 |
| INDUSTRIAL ACCIDENT | 18 | 11 | 5 |
| ABSENT WITH PAY | 2 | 0 | 0 |
| NOT ON PAYROLL | 1 | 0 | 1 |
| COMPENSATION DAY | 1 | 0 | 0 |
| TRAINING | 0 | 1 | 0 |
| DAY OFF | 40 | 27 | 13 |
| SPECIAL DETAILS | 1 | 2 | 2 |
| DAILY SHIFT COMPLIMENT | 43 | 38 | 27 |
| CUSTODIAL OVERTIME (HOURS) | 7-3 | 3-11 | 11-7 |
| SICK COVERAGE (101) | 0 | 0 | 40 |
| INDUSTRIAL ACCIDENT (106) | 0 | 0 | 16 |
| HOSPITAL | 0 | 0 | 0 |
| VACANCY | 0 | 0 | 0 |
| VAC/PER/MIL | 0 | 0 | 0 |
| EMERGENCY (REPORT WRITING) | 4 | 42.25 | 0 |
| CONSTRUCTION | 0 | 0 | 0 |
| TRANSPORTATION | 0 | 0 | 0 |
| 1. COURT | 0 | 0 | 0 |
| 2. TRANSFER | 0 | 0 | 0 |
| 3. HOSPITAL (501) | 0 | 0 | 3.75 |
| 4. OTHER (SHAKEDOWN 703) | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 |
| 1. TAC TEAM (113) | 0 | 0 | 0 |
| 2. OTHER | 0 | 0 | 0.5 |
| SHIFT COMMANDER (CMT) | 0.664 | 8 | 0.5 |
| TOTAL CUSTODIAL OVERTIME | 4.664 | 53.25 | 60.25 |

| RECORD OF CHANGE | OFFICER/RELIEF | REMARKS | APPROVAL |
|---|---|---|---|
| 1/FRONT CONTROL | FERRO/VACANT | REASS TO TRASH @ 0900 | SHIFT COMMANDER |
| 1/TRASH | FERRO/VACANT | REASS TO FRONT CONT @ 1100 | SHIFT COMMANDER |
| 1/TRASH | HARRIS/VACANT | REASS TO A1 @ 1100 | SHIFT COMMANDER |
| 1/A1 | MCGAUGHRAN/HARRIS | OFF DUTY @ 1100 4HS VAC | SHIFT COMMANDER |
| 1/FRONT CONTROL | FERRO/VACANT | REASS TO HOSP TRIP @ 1200 | SHIFT COMMANDER |
| 1/C1 | SWANSEY/VACANT | REASS TO HOSP TRIP @ 1200 | SHIFT COMMANDER |
| 1/ON DUTY | SANBORN | ASSIGN TO M2 @ 1345 1.25HRS OT | SHIFT COMMANDER |
| 1/ON DUTY | SGT HAYES | ASSIGN TO M2 @ 1400 1HR OT | SHIFT COMMANDER |
| 1/ON DUTY | ROBLES | ASSIGN TO M2 @ 1400 1HR OT | SHIFT COMMANDER |
| 1/ON DUTY | SGT ACKAH | ASSIGN TO M2 @ 1415 .75HRS OT | SHIFT COMMANDER |
| 1/ON DUTY | LT CROWLEY | SSIGNED TO 109B @ 1430 .5HRS OT | SHIFT COMMANDER |
| 1/ON DUTY | T WHITE | ASSIGN TO M2 @ 1430 .5HRS OT | SHIFT COMMANDER |
| 1/ON DUTY | HEALEY | SSIGN TO MED WEST @ 1430 .5HRS OT | SHIFT COMMANDER |
| 1/M2 | SGT REDDY/SGT ACKAH | REASS TO INTERVIEW @ 1430 | SHIFT COMMANDER |
| 1/M2 | MACHADO/SANBORN | REASS TO INTERVIEW @ 1430 | SHIFT COMMANDER |
| 1/M2 | KAETERLE/ROBLES | REASS TO INTERVIEW @ 1430 | SHIFT COMMANDER |
| 1/M2 | STANLEY/T WHITE | REASS TO INTERVIEW @ 1430 | SHIFT COMMANDER |
| 2/M2 | HELMERSEN/VACANT | REASS TO M1 @ 1635 | SHIFT COMMANDER |
| 2/M1 | O'NEILL/HELMERSEN | REASS TO INTERVIEW @ 1535 | SHIFT COMMANDER |
| 2/INTERVIEW | MACHADO/VACANT | REASS TO M2 @ 1545 | SHIFT COMMANDER |
| 2/INTERVIEW | SWAIN/VACANT | REASS TO REAR CONT | SHIFT COMMANDER |
| 2/INTERVIEW | KAERTLE/VACANT | REASS TO M1 @ 1630 OT | SHIFT COMMANDER |
| 2/M1 | HELMERSEN/KAERTLE | REASS TO M2 @ 1630 | SHIFT COMMANDER |
| 2/M2 | SGT HAYES/HEMERSEN | REASS TO SPEC DETAIL @ 1635 | SHIFT COMMANDER |
| 2/INTERVIEW | SGT REDDY/VACANT | OFF DUTY @ 1715 2.25HTS OT | SHIFT COMMANDER |
| 2/INTERVIEW | STANLEY/VACANT | OFF DUTY @ 1715 2.25HTS OT | SHIFT COMMANDER |
| 2/109B | LT REGAN/VACANT | OFF DUTY @ 1730 2.5HRS OT | SHIFT COMMANDER |
| 2/111B | LT STUDLEY/VACANT | OFF DUTY @ 1730 2.5i-RS OT | SHIFT COMMANDER |
| 2/INTERVIEW | O'NEILL/VACANT | REASS TO A1 @ 1745 | SHIFT COMMANDER |
| 2/BROCKTON HOSPITAL | FERRO/VACANT | REASS TO COMMONS @ 1830 | SHIFT COMMANDER |
| 2/BROCKTON HOSPITAL | SWANSEY/VACANT | REASS TO B1 @ 1830 | SHIFT COMMANDER |
| 2/SPECIAL DETAIL | SGT HAYES/VACANT | REASS TO C1 @ 1845 | SHIFT COMMANDER |
| 2/COMMONS | PUFFER/FERRO | OFF DUTY @ 1845 3.75HRS OT | SHIFT COMMANDER |
| 2/C1 | THOMAS/SGT HAYES | REASS TO M1 @ 1845 | SHIFT COMMANDER |
| 2/M2 | SANBORN/VACANT | REASS TO A1 @ 1915 | SHIFT COMMANDER |
| 2/M2 | HELMERSEN/VACANT | REASS TO A2 @ 1915 | SHIFT COMMANDER |
| 2/CONTROL CENTER | BERARD/VACANT | REASS TO C1 @ 1915 | SHIFT COMMANDER |
| 2/M1 | KAETERLE/THOMAS | OFF DUTY @ 1915 4.25 HRS OT | SHIFT COMMANDER |
| 2/B1 | MONTEIRO/VACANT | REASS TO HOSP TRIP @ 2040 | SHIFT COMMANDER |
| 2/A2 | HELMERSEN/VACANT | REASS TO HOSP TRIP @ 2040 | SHIFT COMMANDER |
| 2/114 | DOLLOFF/VACANT | REASS TO A2 @ 2100 | SHIFT COMMANDER |
| 2/COMMONS | FERRO/VACANT | REASS TO B1 @ 2100 | SHIFT COMMANDER |
| 3/ A-2 | BATES / HELMERSEN | OFF DUTY @0100 | SHIFT COMMANDER |
| 3/ SPECIAL DET. | HELMERSEN | REASS TO A-2 @ 0045 | SHIFT COMMANDER |
| 3/ MAX 1 | MEDERIOS / HELMERSEN | OFF DUTY @ 0045 | SHIFT COMMANDER |
| 3/ SPECIAL DET. | MONTERO | REASS TO MAX 1 @ 0045 | SHIFT COMMANDER |
| 3/ ABC-A | PROULX / VACANT | REASS TO P-TRAP @ 0500 | SHIFT COMMANDER |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| SHIFT COMMANDER | CAPTAIN MCKENZIE | CAPTAIN MCKENZIE | CAPTAIN MCKENZIE |
| | | | |